1                    UNITED STATES DISTRICT COURT

2                 FOR THE NORTHERN DISTRICT OF OHIO

3                         EASTERN DIVISION

4

5                  DEPOSITION OF SERENA LARRICK

6

7

8   ESTATE OF MEGAN LARRICK, ETC.     )
                                      )
9                                     )             Case No.
                    Plaintiffs        )
10                                    )          5:21-CV-00959
    VS.                               )
11                                    )
                                      )
12  TUSCARAWAS COUNTY, ET AL.         )
                                      )
13                                    )
                    Defendants        )
14

15

16      Deposition taken in the above-entitled cause, pursuant

17  to Agreement before Jodie L. Algarin, a Notary Public for

18  the State of Ohio, on August 24, 2022 to be used pursuant

19  to the Rules of Civil Procedure or by agreement of counsel

20  in the aforesaid cause of action, pending in the United

21  States District Court for the Northern District of Ohio,

22  Eastern Division.

23

24

25



SERENA LARRICK                                                          August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                                        2

```
 1  │  APPEARANCES OF COUNSEL
    │
 2  │
    │
 3  │
    │
 4  │  On Behalf of Plaintiff:
    │
 5  │     Elizabeth Bonham, Attorney at Law
    │     Friedman, Gilbert & Gerhardstein
 6  │     50 Public Square
    │     Suite 1900
 7  │     Cleveland, Ohio  44113
    │     (216) 241-1430
 8  │     elizabeth@fggfirm.com
    │
 9  │
    │
10  │
    │
11  │  On Behalf of Defendants, Tuscarawas County,
    │  Orvis L. Campbell, Vonda Hamilton, Daniel
12  │  Border, BrieAnne Schwab, Marianne Collins,
    │  and Dave DiGenova:
13  │
    │
14  │     William Lang, Attorney at Law
    │     William P. Lang Attorney, LLC
15  │     13609 Shaker Boulevard, Suite 3B
    │     Cleveland, Ohio  44120
16  │     (216) 469-9684
    │     william.lang@williamlangattorney.com
17  │
    │
18  │
    │
19  │  On Behalf of Defendants, Caden Brown, John Pittman, Cruz
    │  Fondriest and Julie Scott:
20  │
    │     Timothy R. Cleary, Attorney at Law
21  │     Cleary & Associates
    │     5005 Rockside Road
22  │     Suite 600
    │     Cleveland, Ohio  44131
23  │     (216) 573-1776
    │     tcleary@clearylaw.net
24  │
    │
25  │
```



1                          STIPULATIONS

2

3

4        It is stipulated and agreed by and between counsel

5   for the parties hereto that the deposition may be taken at

6   this time, 10:46 a.m., August 24, 2022, at the Offices of

7   Tuscarawas Prosecutor's Office, 125 E. High Street, New

8   Philadelphia, Ohio.

9        It is further stipulated and agreed by and between

10  counsel that the deposition may be taken in shorthand by

11  Jodie L. Algarin, a Notary Public for the State of Ohio,

12  and may be by her transcribed with the use of

13  computer-assisted transcription; that the witness'

14  signature to the finished transcript of her deposition is

15  waived; and that the deposition may be used on behalf of

16  the parties in the aforesaid cause of action as fully and

17  to the same extent as if written in the presence of the

18  witness and subscribed by the witness in the presence of

19  the Notary Public.

20

21

22

23

24

25



```
 1                          INDEX

 2

 3  CROSS EXAMINATION BY MR. LANG -  PAGE 5

 4  CROSS EXAMINATION BY MR. CLEARY -  PAGE 50

 5  DIRECT EXAMINATION BY MS. BONHAM -  PAGE 67

 6  RECROSS EXAMINATION BY MR. LANG -  PAGE 75

 7

 8

 9  OBJECTIONS:

10  BY MS. BONHAM - PAGE(S) 7, 9, 10, 14, 20, 23, 24, 25, 31,

11  33, 34, 35, 39, 40, 41, 42, 43, 45, 50, 51, 52, 53, 54,

12  55, 57, 58, 59, 60, 62, 75, 76

13

14

15  EXHIBITS:

16  EXHIBIT B - PAGE 28

17

18

19

20

21

22

23

24

25
```



```
 1                    WHEREUPON,

 2                    SERENA LARRICK,

 3                    Called as a witness, having been first

 4                    duly sworn by the Notary Public to testify

 5                    the truth, the whole truth and nothing but

 6                    the truth, was examined and testified as

 7                    follows:

 8    CROSS EXAMINATION

 9    BY MR. LANG:

10    Q.              Would you state your name for the court

11    reporter?

12    A.              Serena M. Larrick.

13    Q.              And where are you living?

14    A.              1961 Possum Hollow Road, New Philadelphia,

15    Ohio.

16    Q.              My name is William Lang.  I represent

17    Tuscarawas County and a few of the other people involved,

18    and this is Tim Cleary sitting to my right.  He represents

19    four of the defendants you sued.  I'm going to ask you a

20    series of questions; answer out loud so she can take the

21    answers down.  Nods and shakes of the head aren't really

22    translatable, and uh-huh and huh-uh come out the same, so

23    yes and no would be good.

24    A.              Okay.

25    Q.              Do you understand?
```



SERENA LARRICK                                    August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                   6

```
 1   A.          Yes.
 2   Q.          If you don't understand one of my questions,
 3   let me know.  Lawyers have a tendency to ask convoluted
 4   questions and don't want to admit that they don't
 5   understand the question themselves.
 6   A.          Right.
 7   Q.          So you just tell me if you don't understand,
 8   and I'll rephrase it, okay?
 9   A.          Okay.
10   Q.          All right.  You're Megan Larrick's mother,
11   right?
12   A.          Yes.
13   Q.          And Megan had a child; is that right?
14   A.          Yes.
15   Q.          Aniyah?
16   A.          Aniyah.
17   Q.          A-N-I --
18   A.          Y-A-H.
19   Q.          -- Y-A-H.  Okay.  And are you now the
20   caretaker of Aniyah?
21   A.          Yes.
22   Q.          Have you been granted custody by any court?
23   A.          Yes.
24   Q.          What court did that?
25   A.          Tuscarawas Probate.
```



1  Q.              And have you availed yourself of any

2  services or benefits from Tuscarawas County Job & Family

3  Services?

4  A.              Yes, I do receive some benefits for

5  Aniyah, yeah.

6  Q.              And can you explain to me what those are?

7  A.              It's called caregiver cash.  It's $300 a

8  month.

9  Q.              Anything else?

10 A.              Little bit of food, food stamps.  I think

11 100 maybe, $125 a month, and a medical card.

12 Q.              Is Aniyah in any counseling of any kind?

13 A.              I tried, but they said that she's still

14 too young.

15 Q.              And who told you that?

16                 MS. BONHAM:  I'll lodge the same objection

17 to personal health information that we've discussed with

18 respect to your clients.  You can answer, if you can,

19 the name of the provider, but don't disclose any private

20 health information or advice you were given.

21 A.              Right.  I see a counselor, so she

22 explained the age that children are assessed for that.

23 Q.              And what counselor are you seeing?

24 A.              Camille.  I can't think of her last name.

25 I just remember Camille.



SERENA LARRICK                                    August 24, 2022
Estate of Megan Larrick vs Tuscarawas County               8

 1  Q.          And who is Camino [sic]?  What organization?

 2  A.          OhioGuidestone.

 3  Q.          Is there a county caseworker for Aniyah's

 4  case?

 5  A.          I'm not sure.  I don't think.

 6  Q.          Aniyah's medical coverage, is that through

 7  Medicaid?

 8  A.          Yes.

 9  Q.          As a caregiver and custodian for Aniyah, are

10  you getting any housing assistance from Tuscarawas Job &

11  Family Services?

12  A.          No.

13  Q.          Are you enrolled in I think it's called

14  Healthy Start program?

15  A.          Yeah.  Is that like WIC?

16  Q.          Okay.  That was my next question.

17  A.          Yeah.

18  Q.          So you are enrolled in the WIC program?

19  A.          Yes.

20  Q.          And that's, again, through Tuscarawas

21  County?

22  A.          The health department.

23  Q.          And how old is Aniyah?

24  A.          Four.

25  Q.          Is she in Head Start?



```
 1   A.          Yes.

 2   Q.          Do you have to pay anything for that?

 3   A.          No.

 4   Q.          Is that part of the benefits she receives

 5   from --

 6   A.          No.

 7   Q.          -- the county?

 8   A.          That is -- well, for her age group, that's

 9   what you do is send a child to school to get them a head

10   start.

11   Q.          Okay.  And when were you granted custody by

12   the Court?

13   A.          After Megan passed, it took me a while to

14   file, because I was still in shock.  It was -- it was in

15   2019.  I think it was, like, August or September.

16   Q.          The counseling you received, how often do

17   you go?

18               MS. BONHAM:  Continuing objection.

19   Listen, I'm going to talk to you about asserting a

20   health care privilege.  You can answer the name of the

21   provider.  Don't say anything that a health care

22   provider said to you or talk about any conversation you

23   had with the health care provider.

24               THE WITNESS:  Okay.

25               MS. BONHAM:  Go ahead and answer this one.
```



1  A.           The first couple years it was once a week.
2  Now it is once every two weeks.
3  Q.           Have you been prescribed any kind of
4  medication --
5               MS. BONHAM:  Objection.
6  Q.           -- arising from that therapy?
7  A.           Yes.
8  Q.           And what are you taking?
9               MS. BONHAM:  Objection.  I'm going to
10  instruct her not to answer that.
11              MR. CLEARY:  Are you asking for damages
12  for her?
13              MR. LANG:  If you're going to waive a
14  claim for damages for her individually -- I mean, that's
15  part of the case.
16              MS. BONHAM:  Are you asking for all of her
17  prescription medications?
18              MR. LANG:  I'm asking for medications
19  she's on.  I'm going to inquire about her therapy.  If
20  you're going to instruct her not to answer those
21  questions --
22              MS. BONHAM:  Are you asking for all her
23  prescription medications or prescription medications
24  related to her counseling?  That's what I want to know.
25              MR. LANG:  Well, I don't know what's been



1  prescribed by this Camino [sic] or OhioGuidestone.  I'm

2  assuming Camino [sic] is not a psychiatrist.  Yeah.  I'm

3  asking for everything.

4                    MS. BONHAM:  Let's start with -- if you

5  want to ask about the counseling, let's start there.

6  I'll reserve the option to make objections.

7                    MR. LANG:  Okay.

8  Q.             OhioGuidestone is the umbrella company kind

9  of?

10  A.             They are my counseling company.  They're

11  not my doctor for my medication.

12  Q.             Okay.

13  A.             I see an actual --

14  Q.             So where's OhioGuidestone located?

15  A.             In Tuscarawas -- I don't know.  Kelly

16  Street maybe.

17  Q.             In New Philadelphia?

18  A.             Yes.

19  Q.             And the individuals or therapists at

20  OhioGuidestone, what are they treating you for?

21  Depression?

22  A.             Yeah.

23  Q.             Has there been a diagnosis of post-traumatic

24  stress disorder?

25  A.             I don't -- I'm not 100 percent sure.  I



 1  mean, she doesn't go over that part with me there.  I

 2  just come in and do my session and then I leave.

 3  Q.          You mentioned you are on medication

 4  incidental to this therapy; is that right?

 5  A.          I don't understand.

 6  Q.          Are you on any medication for depression?

 7  A.          Yeah.

 8  Q.          Okay.  And you have a doctor that prescribed

 9  that?

10  A.          Yes.

11  Q.          And what's the name of the doctor who

12  prescribed that?

13  A.          Barbara St. Clair.

14  Q.          Is she here in New Philadelphia?

15  A.          No.

16  Q.          Where is she located?

17  A.          In Cambridge, Ohio.

18  Q.          Has she been a long-time physician for you?

19  A.          Yes.

20  Q.          Has her care of you -- did her care of you

21  predate Megan's death?  Was she your doctor before Megan

22  passed away?

23  A.          Yes.

24  Q.          So she's treating you for other things like

25  colds and whatever?



SERENA LARRICK                                         August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                        13

1   A.          She is -- no.  Barbara St. Clair is a

2   mental health doctor.

3   Q.          And do you have therapy sessions with

4   Barbara St. Clair also?

5   A.          Yes.

6   Q.          And how often do you see Barbara St. Clair

7   for therapy?

8   A.          Every three months.  Once every three

9   months.

10  Q.          Have you adopted Aniyah?

11  A.          No.

12  Q.          You were just granted custody of her?

13  A.          Yes.

14  Q.          Does Aniyah have any kind of hearing

15  impairment that you're aware of?

16  A.          No.

17  Q.          How about speech or language difficulties?

18  A.          No.

19  Q.          Is she autistic?

20  A.          Not that I know of, no.

21  Q.          Do you know if she has any learning

22  disabilities?

23  A.          No.

24  Q.          Do you think that her development is

25  consistent with that of other four-year-olds?



```
 1                    MS. BONHAM:  Objection.
 2    A.            I do.
 3    Q.            She's able to walk okay?
 4    A.            Yes.
 5    Q.            And you haven't noticed any kind of -- have
 6    you noticed any kind of emotional disturbances --
 7                    MS. BONHAM:  Objection.
 8    Q.            -- in her?
 9    A.            No.
10    Q.            Are you presently married?
11    A.            No, sir.
12    Q.            And Tim Larrick is Megan's father?
13    A.            Yes.
14    Q.            Do you have any contact with him?
15    A.            We do speak on the phone once in a while.
16    Q.            Do you have his phone number on you?
17    A.            I think I do -- it's his mother's phone
18    number.  He doesn't have a phone.
19    Q.            Now, who is Vanessa Ransom, R-A-N-S-O-M?
20    A.            That is my other daughter.
21    Q.            Is that Tim Larrick's daughter?
22    A.            No.
23    Q.            Who Vanessa's father?
24    A.            Vanessa's father -- is that relevant to
25    this case?  Melton Parnell.
```



1  Q.            And Michael Ransom, is that --

2  A.            Yeah.

3  Q.            -- your son?

4  A.            Yep.

5  Q.            Does Vanessa Ransom live locally?

6  A.            No.  She lives in Cambridge.

7  Q.            And what about Michael Ransom?

8  A.            He lives in Cambridge as well.

9  Q.            And Matthew Larrick is another son you have?

10  A.            Uh-huh, yes.

11  Q.            And where does he live?

12  A.            Byesville, Ohio.

13  Q.            Pardon me?

14  A.            Byesville, Ohio.  It's right beside

15  Cambridge.

16  Q.            How old is Matthew Larrick?

17  A.            I want to say 23.

18  Q.            How about Michael Ransom?

19  A.            Twenty-nine.

20  Q.            If birthdays are better --

21  A.            Yeah.

22  Q.            -- why don't you give me birthdays?

23  A.            9/1/92 for Michael.  Matthew is 2/25/99,

24  and Vanessa is 4/30/91.

25  Q.            I knew that was easier.



SERENA LARRICK                                     August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                  16

```
 1   A.          It is.

 2   Q.          How did Matthew and Megan get along?

 3   A.          Very well.  I mean, typical brother and

 4   sister, but they got along well.

 5   Q.          They hang out together?

 6   A.          Sometimes.

 7   Q.          When you say that, what do you mean?

 8   A.          Well, I mean sometimes.  Sometimes he

 9   wanted to hang with his friends, and sometimes he wanted

10   to hang with her.

11   Q.          How about Michael Ransom?  What kind of

12   relationship did he have with Megan, if you're aware of

13   that?

14   A.          They had a good relationship.  Yeah.  They

15   had a good relationship.

16   Q.          They do things together?

17   A.          No.  He was a little bit older than her.

18   Q.          How about Vanessa, who was even older?  What

19   kind of relationship --

20   A.          They had a good relationship.  They were

21   sisters.  They did a lot together.

22   Q.          Like what?

23   A.          Hung out together, went shopping together,

24   went to NA meetings together.  Stuff like that.

25   Q.          When did you first become aware that Megan
```



1  was taking illegal drugs?

2  A.          When she turned 18, she kind of hurried to

3  move out, and she wanted to go to her dad's.  I kind of

4  thought that was weird, you know, she was in a hurry;

5  because a month before that we had a talk about, you

6  know, her getting nervous about turning 18, so --

7  Q.          Was she working at that time?

8  A.          Summer, yeah.

9  Q.          Was she going to school?

10  A.          Yep.

11  Q.          She was in high school?

12  A.          Megan was in an alternative high school.

13  Q.          Explain that to me.  What is that?

14  A.          It's just for like -- I don't know.  Like

15  kids that can't get along with other kids sometimes.

16  Q.          And did Megan have a difficult time getting

17  along with other kids back then?

18  A.          It was girls, yes, girl.

19  Q.          Did she get in fights, or what was the

20  problem?

21  A.          Well, they always -- they were arguing

22  over girls.  Girls arguing over girls.  It was simple,

23  to me, but that's just the way girls were.  Because when

24  I was in school, we never done that.

25  Q.          So she had problems in school, regular



1  school?

2  A.          No.  She was an honor roll kid.

3  Q.          Okay.  So how did she end up in an

4  alternative school?

5  A.          It was girls.  She was always arguing with

6  girls.  They were fighting over other girls, gay, you

7  know?  That.

8  Q.          I understand that.

9  A.          Okay.

10  Q.          But did she get kicked out of school?

11  A.          No.  They just come up with this

12  alternative school, and I thought it would be better for

13  her to get away from those girls, so we put -- I put her

14  in that school.

15  Q.          Okay.  And where is this school located?

16  A.          It is FoxFire Academy in Cambridge, but I

17  don't think it any longer exists.

18  Q.          And how long was she there?

19  A.          Two years, maybe three.

20  Q.          Did she graduate from high school?

21  A.          She was four credits away.

22  Q.          So the answer would be no?

23  A.          Right.

24  Q.          So you thought it was strange that she

25  wanted to go live with her dad?



SERENA LARRICK                                      August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                    19

1  A.          Yeah.

2  Q.          Why did you think it was strange?

3  A.          Well, because she was nervous about

4  becoming an adult, and then she just wants to, you

5  know -- she actually kind of tried to move out when I

6  wasn't home, and I think that that was when she was

7  hiding, you know, the fact that she was using -- she

8  knew I would be able to tell.

9  Q.          FoxFire Academy, was this a residential

10 school?

11 A.          What do you mean?

12 Q.          Did she live there?

13 A.          No, no.

14 Q.          So she lived at home and went to school --

15 A.          Yeah.

16 Q.          So it was after she moved out that you

17 realized that she was taking drugs?

18 A.          Yes.

19 Q.          People always ask me, what's your son's drug

20 of choice, and I tell them anything that's around.  Is

21 that how Megan was?

22 A.          Well, it kind of got to be that way, but

23 her drug of choice was meth, but not anything around,

24 just, you know, maybe some pot, some alcohol, couple

25 cigarettes and she was good to go, I guess.  I mean, I



1   know she was terrified of heroin.  And then this new

2   crazy thing come out that was killing people, she was

3   petrified of that.

4   Q.          Fentanyl?

5   A.          Yeah.

6   Q.          She do coke?

7   A.          Not to my knowledge, but, you know, I

8   don't know.  I just know the meth.

9   Q.          I know.  We're the last people to know.

10  A.          (Nodding head.)

11  Q.          I get it.  But there came a time prior to

12  Megan's death where you were concerned about Aniyah; is

13  that right?

14  A.          Yeah.

15  Q.          Tell me about that.  Why were you concerned

16  about Aniyah, Aniyah's health and safety?

17              MS. BONHAM:  Objection.

18  A.          I wasn't -- I wasn't concerned about her

19  health.  Maybe her safety, yes, because Megan was going

20  to Cambridge to her dad's house.  Her dad's house was a

21  flop house.  Anybody and everybody was there, and I did

22  not want that baby there.

23  Q.          Had you had some discussions with friends

24  about getting custody of Aniyah at that point in time?

25              MS. BONHAM:  Objection.



```
 1   A.          One.  One friend.

 2   Q.          And who was that?

 3   A.          A lady that I went to church with.

 4   Q.          Do you recall her name?

 5   A.          Janeen Stillion (phonetic spelling).

 6   Q.          Do you know who the father of Aniyah is?

 7   A.          I do.

 8   Q.          Who's the father?

 9   A.          Chandler Abrams.

10   Q.          Do you know where he is?

11   A.          In a -- locked up.

12   Q.          Where at?

13   A.          I think it's a rehab of some sort, EOCC.

14   Q.          E?

15   A.          OCC.

16   Q.          OCC.

17   A.          Yeah.  I think it stands for Eastern Ohio

18   Correctional Center.

19   Q.          Where's that located?

20   A.          I don't know.  I don't know.

21   Q.          Has he had some relationship with Aniyah --

22   A.          No.

23   Q.          -- besides being the father?

24   A.          No.

25   Q.          Since you've gotten custody of Aniyah,
```



1  Chandler hasn't come to visit, has he?

2  A.         No.

3  Q.         How did you find out that Megan passed away?

4  A.         Three sheriffs came to my house.

5  Q.         And do you recall what they told you or one

6  of them told you?

7  A.         Ken told me that Megan had passed, and I

8  said what?  And he said, I'm sorry, but your daughter

9  has passed away.

10 Q.         Did you indicate to him or did he indicate

11 to you why she had died?

12 A.         No.  I asked him why she died.

13 Q.         And what did he tell you?

14 A.         He didn't know.

15 Q.         Did you have any suggestions for him --

16 A.         No.

17 Q.         -- about why?

18 A.         No.  No suggestions at all.  When he told

19 me that she passed away, it was instant shock.

20 Q.         Do you recall anything else he told you on

21 that visit?

22 A.         I asked him if he tried to resuscitate

23 her, and he said yes; and I asked him if he was sure it

24 was her, and he said yes.

25 Q.         Were you aware that Megan was in the



1  Tuscarawas --

2  A.          Yes.

3  Q.          -- County Jail?

4  A.          Yes.  Well, at first I wasn't, and then I

5  was.

6  Q.          When did you become aware of that?

7  A.          That morning when I called to check and

8  see if she was there.

9  Q.          So you called the Tuscarawas County Jail --

10 A.          Yes.

11 Q.          -- to find out if she was there?

12 A.          Yes.

13 Q.          And who did you speak to there?

14 A.          A female.

15 Q.          And were you told that she was --

16 A.          Asleep.

17 Q.          -- an inmate there?

18 A.          Yep.

19 Q.          What other information did you give them?

20 A.          That was it.  She told me that she was

21 there and that she was asleep, and I said thank God.  I

22 don't have to worry anymore, and then I hung up.

23 Q.          Did Megan ever tell you that she swallowed

24 drugs in plastic bags --

25             MS. BONHAM:  Objection.



```
 1    Q.             -- to avoid detection?

 2                   MS. BONHAM:  Objection.

 3    A.             I don't know what is a bubble.  I don't

 4    know what that is, but she said that she had to ingest a

 5    bubble, whatever that is.  I don't know what it is.

 6    Q.             So Megan told you that she had ingested

 7    drugs --

 8    A.             She didn't say --

 9    Q.             -- at other times?

10    A.             She didn't say drugs.  She said a bubble.

11    Q.             A bubble.

12    A.             I don't know what it is.

13    Q.             You didn't ask her what she meant by that?

14    A.             No.  I just got really mad and said I

15    don't know what it is, but you better not ever do it

16    again.

17    Q.             And how many times did she do it, to your

18    knowledge?

19    A.             I don't know.  I'm not Megan, so to my

20    knowledge, it would have -- you know, whatever a bubble

21    is.

22    Q.             Did you have a discussion with the sheriff,

23    Orvis Campbell, about Megan's death?

24    A.             He did come by the next day.  Yeah.  I

25    don't -- he just said that he was stopping by because he
```



1  had a daughter Megan's age, and he asked me if I

2  believed in God, and I pointed out my Bible and said

3  yes, I do, and then I don't know.  I was a wreck.

4  Q.          Did he tell you he didn't know why Megan

5  died?

6  A.          Yeah.

7  Q.          And did you indicate to him that she died of

8  a drug overdose?

9              MS. BONHAM:  Objection.

10 Q.          In your opinion?

11 A.          Maybe.  I can't -- you know, I was a mess

12 that day.

13 Q.          Did you tell him that she probably ingested

14 or swallowed a bubble?

15             MS. BONHAM:  Objection.

16 A.          Maybe.  I don't -- I was a mess.  I was

17 crying when he was there.  That was fresh.  I mean --

18 Q.          Did you tell the sheriff that Megan had

19 swallowed drugs at other times --

20             MS. BONHAM:  Objection.

21 Q.          -- in a bubble?

22 A.          Our conversation wasn't long.  He was

23 there for maybe five minutes.  We talked mostly about

24 this being plastered all over the news.  I remember me

25 being upset about that and then him saying he had a kid



1   her age, and I remember kind of breaking down.  And I

2   remember him getting up and walking out the door.

3   Q.          When did you find out that Megan had been

4   arrested on May the 8th, 2019?

5   A.          Right after she was arrested.

6   Q.          That would have been that Cambridge Police

7   picked her up?

8   A.          Uh-huh.

9   Q.          How did you find that out?

10  A.          My ex-husband's neighbor was sitting

11  outside while the cops were arresting Megan and this

12  other girl.

13  Q.          Her name was Sheri?

14  A.          Yep.

15  Q.          Did you talk to her on the phone or was it

16  Facebook --

17  A.          It was a Facebook text message.  I don't

18  have her -- I used to have her phone number, but I don't

19  have it anymore, I don't think.

20  Q.          So you were messaging by Facebook with

21  Sheri --

22  A.          Yeah.

23  Q.          -- about what happened?

24  A.          Sheri messaged me and said Megan got

25  arrested, and I said are you sure?  And she said yes.



1  And then she told me that another girl got arrested and

2  they took dope off of the other girl.

3  Q.          Did you make any phone calls as a result of

4  that Facebook messaging?

5  A.          Well, I called the Guernsey County Jail to

6  see if my daughter was there.

7  Q.          About what time did you call there?

8  A.          I don't know.  I can't really remember.

9  It was at night, and then they answered the phone and

10 said, no, she's not here.  And then I remembered that

11 Megan may have a warrant here, so I figured that they

12 brought her here.

13 Q.          Did you contact the New Philadelphia Police

14 Department?

15 A.          No, not that I can remember.

16 Q.          New Philadelphia has a jail -- the police

17 department has a jail, right?  You're aware of that?

18 A.          I'm not from here, no.  I wasn't aware.  I

19 am aware now, yes.

20 Q.          So the warrant you thought she had was from

21 New Philadelphia?

22 A.          Yes.

23 Q.          Correct?

24 A.          Yeah.

25 Q.          And when you recalled that, did you call New



1   Philadelphia Police Department to find out if --

2   A.              Maybe.

3   Q.              -- they had executed on the warrant?

4   A.              Maybe.  I just know that I had a strong

5   feeling about her.  I called the Guernsey County Jail, I

6   called the Tuscarawas County Jail, and that's all I can

7   remember.

8   Q.              Had Megan tried to call you that night?

9   A.              Yes, on her cell phone before she was

10  arrested.

11  Q.              How many times did she try to call you?

12  A.              I had three or four missed calls from her.

13  Q.              Did she try to text you on your phone?

14  A.              She -- she did.  She sent a message that

15  said, you would, meaning you would not answer the phone.

16  Q.              Was that through Facebook?

17  A.              Yeah.  On Messenger.

18  Q.              Did you try to call her back?

19  A.              I never got her calls.  For some weird

20  reason, my phone never rang.  I didn't see her missed

21  calls until the next day.

22       (Whereupon Defendant's Exhibit B was marked.)

23  Q.              I'm going to hand you what's been marked as

24  Defendant's Exhibit B.

25  A.              Okay.



1   Q.            I gave a copy to your lawyer.

2   A.            Yeah.

3   Q.            It's six pages.  Does yours have six pages?

4   A.            Yeah.

5   Q.            I'm going to hand you a pen.  Could you put

6   the page numbers on the bottom there, one, two, three,

7   four, five, six, on each page?

8   A.            Okay.

9   Q.            One on the first page and two on the second

10  page, so on.

11  A.            (Witness complying.)

12  Q.            Okay.  Thank you.  So I better do that with

13  mine.  Why don't you look at those six pages for me.

14  A.            I look at those over all the time.

15  Q.            Are these the messages from Facebook

16  Messenger with Sheri?

17  A.            Yeah.  These are that.

18  Q.            And this is an accurate copy of the Facebook

19  Messenger from your account; is that right?

20  A.            Yeah, that's it.

21  Q.            On page 1 down towards the bottom Sheri

22  texts you, we watched her one day.  Well, my daughter

23  Kendra did.  Do you see that?

24  A.            Yeah, I see it.

25  Q.            And is that next blue area your reply, I'm



 1  kind of glad BC now I have grounds to keep her?

 2  A.          Yes.  That's my reply.

 3  Q.          So was it your intention to become the

 4  custodian of --

 5  A.          I would have if Megan --

 6  Q.          -- Aniyah -- you have to wait until I finish

 7  the question.

 8  A.          Okay.

 9  Q.          Was it your intention to become the

10  custodian of Aniyah at around that time?

11  A.          Yeah.

12  Q.          So on page 3 at the bottom, you indicate

13  that you called the jail.  That would have been the call

14  to the Guernsey County Jail?

15  A.          Uh-huh.

16             MS. BONHAM:  Yes?

17  A.          Yes.

18  Q.          And on page 4, the first -- your first

19  response, oh, well, I love having the baby here.  I'm

20  keeping her.  What did you mean when you said that to

21  Sheri?

22  A.          Well, I meant exactly what I said.  If

23  Megan was in jail, I'm keeping her.  No one else -- I'm

24  not going to let anyone else get her.  It's my

25  grandchild.



1   Q.          On page 5 Sheri indicates, towards the
2   middle of the page, Tim said they might be bringing her to
3   New Philly.  Do you see that?

4   A.          Yep.  I see it.

5   Q.          And is that when you got the idea that she
6   might be going to New Philadelphia?

7   A.          I think so, but -- I think I remembered
8   before.  I just didn't want to let her know everything
9   about what was going on with Megan.

10  Q.          Do you know who the Tim is that she's
11  talking about?

12  A.          Megan's dad.

13  Q.          And in the next line, Jennifer going to
14  Carroll County is what Ray said.  Do you know who Ray is?

15  A.          I think that is the guy that was
16  interviewed.  I don't know him.  Don't know his last
17  name.  I think he was the guy at Tim's house the day
18  that Megan got arrested.

19  Q.          Do you think they were doing drugs together?

20              MS. BONHAM:  Objection.

21  A.          I don't know.

22  Q.          There's a Ray in the -- one of the police
23  reports indicates that Megan did a line of coke there with
24  him.

25  A.          Okay.  I didn't see that.  Then that's



1   probably who this is.

2   Q.            Did you tell anybody at the Tuscarawas

3   County Jail when you called that Megan had ingested drugs

4   before?

5   A.            No.

6   Q.            Did you indicate to them that she had

7   swallowed a bubble before?

8   A.            No.

9   Q.            And Sheri's last name is Conner; is that

10  right?

11  A.            I think so, yes.

12  Q.            C-O-N-N-O-R?

13  A.            C-O-N-N-E-R.

14  Q.            E-R.

15                MR. LANG:  Sheri, S-H-E-R-I.

16  Q.            Did you have any discussion with the

17  Tuscarawas County Coroner or anybody in his office about

18  Megan's death?

19  A.            They called me.

20  Q.            Do you recall what conversation you had

21  with -- Ms. Clark, I think, called you?

22  A.            Yeah.  Ms. Clark.  I asked if I could

23  identify my daughter.  I wasn't allowed.  I don't know.

24  They asked me a lot of questions.  I don't remember.

25  Q.            When did that call come in to you?



1   A.          That night.

2   Q.          On --

3   A.          It was kind of late.  I mean, I don't

4   know.

5   Q.          I know it's difficult.  Sorry to dredge this

6   up.

7   A.          I don't --

8   Q.          You can't recall anything about that

9   conversation?

10  A.          Well, I asked to identify the body, and

11  they said no.  And I said why not?  And she said because

12  it's raining and you can't drive to Cleveland.  We sent

13  her to Cleveland.  She told me that I was right, and I

14  said, what do you mean, I'm right?  They did an autopsy

15  on her here in Tuscarawas County and then they sent her

16  to Cleveland for another autopsy.  Yeah.

17  Q.          And why did she say --

18  A.          She wanted me to identify, like, name

19  things.  You told her Megan had a wart on her toe.  She

20  said I was -- she said you're right.  She said we found

21  a baggie.  That's what she said.  You're right.  That's

22  what she said.

23  Q.          And they found a baggie inside of her body?

24              MS. BONHAM:  Objection.

25  Q.          Did she explain that to you?



1  A.           You know, I try to block some of this out

2  because it's hard.  Repeat the question, please.

3  Q.           Did she indicate that they found a baggie

4  containing drugs inside Megan's body?

5  A.           Yes.

6  Q.           And did she indicate to you that that was

7  why Megan died?

8  A.           She didn't say.  She said that there had

9  to be a toxicology autopsy performed in Cleveland.  She

10  did not say that was because Megan died.

11  Q.           Did you tell anybody from the sheriff's

12  department when they came to notify you of Megan's death

13  that you had known in the past that Megan swallowed --

14  A.           No.

15  Q.           -- drugs when she came into contact with the

16  police?

17           MS. BONHAM:  Objection.  She's answered

18  that.  Go ahead.

19  A.           No.

20  Q.           So are you saying that you did not say such

21  a thing or that you don't recall?

22           MS. BONHAM:  Objection.  She's answered

23  that.

24  A.           I'm saying I did not say that when they

25  came to tell me that Megan passed.



 1 | Q.          Did you indicate to anybody that you were
 2 | sure she OD'd?
 3 |               MS. BONHAM:  Objection.
 4 | A.          No.
 5 | Q.          Did you indicate to anybody from the
 6 | sheriff's department that you picked up Aniyah the day
 7 | before and that you had her with you --
 8 |               MS. BONHAM:  Objection.
 9 | Q.          -- on May 9th.
10 | A.          I did tell -- yeah.
11 | Q.          Did you tell them that Megan had taken
12 | Aniyah to meth houses in Coshocton --
13 |               MS. BONHAM:  Objection.
14 | Q.          -- during the week before her death?
15 | A.          No.
16 | Q.          Did you have to convince Megan to give you
17 | Aniyah on May 8th?
18 | A.          On May 8th, no.  She willingly give her to
19 | me, but before -- May 6th, May 7th, I was trying to
20 | convince her.
21 | Q.          How did you do that?
22 | A.          I just kept calling and saying, you know,
23 | I'll take her now.  What I really was trying to do was
24 | get Megan to come home.
25 | Q.          Did you ask Megan to come home?



1  A.          Uh-huh.

2  Q.          And what did she tell you?

3  A.          She would come home when she was ready.

4  Q.          Do you know if Tim Larrick supplied Megan

5  with drugs, meth, heroin?

6  A.          I don't think so.  Money, yeah, but not

7  drugs.

8  Q.          You characterized Tim's house as a flop

9  house --

10 A.          Yeah.

11 Q.          -- previously.  What did you mean by that?

12 A.          Anybody was allowed there.  You know, like

13 all the town drunks would be there, some people that

14 used, I'm sure.  It was just -- there was never a time

15 that the door would be -- okay.  Nobody can knock or

16 come in, you know?  There was never any of that.  It was

17 always an open door.

18 Q.          Had you been to Tim's house?

19 A.          Yeah.

20 Q.          Had you gone there on May the 8th to pick up

21 Aniyah?

22 A.          Yes, I did, and as far as I got was the

23 porch.  I never went inside.  When I picked my kids up

24 from there, I was always in the car.  I didn't associate

25 with any of that or any of those people.



1    Q.              How did you find out that Megan was using

2    meth?

3    A.              After she moved out, she wouldn't let me

4    see her for a month, maybe a month and a half.  She

5    would -- I would call her and say I'm coming to get you,

6    we're going to go get some pizza or go shopping or

7    something.  No, mom, I don't want to go.  I'm fine.  And

8    I said, Megan, what's going on with you?  I'm fine, mom.

9    I just want to stay here.

10        She act like -- Megan had a depressed, you know,

11   way about her, because she had one eye, and she was

12   always kind of depressed.  So she was always quiet, but

13   I wanted to see her.  And I had to basically tell her

14   that one day, and she said, you don't want to see me,

15   mom.  And I said I do.  And I said I have to -- you're

16   my child.  I have to see you.  I want to, you know, hug

17   you, and she wouldn't let me see her; and then she

18   called me and said to come and pick her up.  And when I

19   seen her, I knew that it was something serious.

20   Q.              Did you ask her whether she was taking meth

21   or using meth?

22   A.              I did.

23   Q.              And what was her response?

24   A.              She told me yeah.

25   Q.              Did she tell you she was using other drugs



1   too?

2   A.          No.  When she first started the whole

3   thing it wasn't other stuff.  It was just that.  Tim was

4   married before and had two other kids, and the son moved

5   back from Florida, and he introduced Megan to the meth.

6   Q.          When she -- did she ever move back home?

7   A.          She did.  She moved back home, I would

8   say, her first year after she got into the meth.  She

9   came and she wanted to get away from it, and she moved

10  in with me.

11  Q.          So that was when she was 19?

12  A.          Yeah.

13  Q.          Is that right?

14  A.          Yeah.  That sounds right.

15  Q.          And did you help her try to kick that habit?

16  A.          Yeah.  The best I could.  I didn't really

17  understand addiction.  There's still some things I'm,

18  you know, trying to learn; but, yeah.  I tried.  I

19  tried, I begged, I pleaded, I, you know, asked her to go

20  to NA meetings.  I even got on the phone and found a

21  rehab in Cincinnati, but --

22  Q.          Did she go to NA meetings?

23  A.          She did go to some.  She went to some.  I

24  begged her, you know, to talk to her doctor so he could

25  tell her what that does to you.



```
 1   Q.          But she only went to a few NA meetings --

 2               MS. BONHAM:  Objection.

 3   Q.          -- that you're aware of?

 4               MS. BONHAM:  Objection.

 5   A.          Okay.

 6   Q.          Let me rephrase that.  When she was living

 7   with you, did she go to NA meetings?

 8   A.          She did.

 9   Q.          Over what period of time did she go to NA

10   meetings?

11   A.          Well, it was whenever she was struggling

12   trying not to use, because Megan -- in her three short

13   years of using that stuff, Megan didn't use it every

14   day.  She would go for a while and use, and then she

15   would fight it for a month or two.  And when she was

16   fighting it would be when she would go to the NA

17   meetings.

18   Q.          And when she was fighting it, was she living

19   with you --

20   A.          Yeah.

21   Q.          -- at --

22   A.          Yeah, she was.

23   Q.          -- those times?  When she relapsed and

24   started using again, was she still living with you?

25   A.          Yeah, she was.
```



1  Q.            Would she go out for a few days and be gone
2  using?
3  A.            Well, Megan would -- it was Cambridge.
4  She just couldn't stay away from her dad's, you know?  I
5  live here and I work here, but like on the weekends, I
6  have other kids that are there, so I would go and -- I
7  have grandkids -- other grandkids, and I go visit them,
8  and she'd want to go, you know?  And here I am -- she
9  would call someone to pick her up, and then I'd have
10 to -- before I come back here I would have to pick her
11 up at her dad's.  She always found her way there.
12 Q.            And what would happen when you picked her up
13 from her dad's?
14 A.            She'd just get in the car and we'd ride up
15 here, you know.  I give her lectures, but that is
16 something -- you know, Megan didn't want lectured.  She
17 didn't want to hear it, and it was just an argument with
18 a big headache, so, you know, she just seemed like
19 everything was okay if I picked her up, I guess.  I
20 don't know.
21 Q.            And after you got her home, did she -- was
22 she working?  Did she go to work the next day or was she
23 just laying around?
24              MS. BONHAM:  Objection.  Go ahead.
25 A.            She -- there was no laying around.  Megan



1  wasn't lazy.  She was, you know -- Megan wasn't lazy.

2  That was my one and only child that did anything in the

3  world for me without me ever having to ask.  Yeah.  She

4  worked, but she had times, you know, where work was kind

5  of -- it was hard for her to get because she didn't have

6  transportation, and I would already be at work.  She

7  didn't have a driver's license, but Megan made it work

8  because she would call the public trans bus to pick her

9  up and take her baby -- her and her -- take the baby to

10  daycare.

11      And then she'd complain because she'd say, mom,

12  it's so embarrassing.  They leave me there and then I

13  got to stand there and wait for them to come back and

14  hope I get to work on time.  She went through that for a

15  while trying to do what is right.  She went to church.

16  She -- Megan was a good person.  She just got caught up.

17  Q.           And how long was she using, that you were

18  aware of?

19  A.           The three years from the time she moved

20  out and got on that meth.  That was it.  That stuff

21  just --

22  Q.           Do you know if she was selling stuff,

23  dealing stuff?

24           MS. BONHAM:  Objection.

25  A.           No.  I think she was using it.



1  Q.            Did you have any contact with the young

2  woman who was picked up with her on May 8th?

3  A.            No.

4  Q.            When you talked to the sheriff after Megan

5  died, did you talk to him about Megan's drug use?

6                MS. BONHAM:  Objection.

7  A.            I can't remember.  Maybe.

8  Q.            When you picked up -- on May 8th when you

9  picked up Aniyah, you picked her up from Megan, right?

10 A.            Well, yeah, and Megan had her, but Tim was

11 on the porch with Aniyah; and when I come up the steps

12 and went to the porch, I asked him where Megan was, and

13 he said she went inside.  And I figured Megan would be

14 outside before I got in the car and left, so -- and she

15 was.  But, yeah, I got Aniyah off the porch and put her

16 in the car, and Megan come out and she kissed her child

17 and told her she loved her, and she told me she loved me

18 and to drive safe and asked me if I would come back and

19 get her.  And I told her, yeah, after I got the baby or

20 the other kid off the school bus.

21 Q.            When was she expecting you to pick her up?

22 A.            That day in the evening.  She just didn't

23 know -- I didn't give her a certain time.  She just

24 knew, you know, it would be in the evening, because I

25 said I had to get Zari off the bus, of course get the



1   girls something to eat, and I wanted to relax a little

2   bit, you know?  I had worked before I went down.

3   Q.          So Megan was coherent then?

4               MS. BONHAM:  Objection.

5   Q.          You had a discussion with her about coming

6   back?

7   A.          I did, yes.  You could tell she was high.

8   Q.          She wasn't drunk or anything, was she?

9               MS. BONHAM:  Objection.

10  A.          I did not smell alcohol.

11  Q.          She didn't drink all that much --

12  A.          Huh-uh.

13              MS. BONHAM:  Objection.

14  Q.          -- that you were aware of, right?

15  A.          Right.

16  Q.          Did she appear high to you when you picked

17  up Aniyah on May the 8th --

18  A.          Yeah.

19  Q.          -- from Tim's house?

20  A.          Yeah.

21  Q.          You thought Megan was high?

22  A.          Yeah.

23  Q.          How did you determine that?

24  A.          Megan's face was flushed, and it was only

25  flushed when she was high.  Megan was pale, so you could



1  see the flush in her face.

2  Q.          Did you see anybody else in Tim's house that

3  day?

4  A.          No.

5  Q.          And about what time was that, that you

6  picked Aniyah up?

7  A.          I want to say 3:00.  I would say 3:00 for

8  sure, because Zarihanna got off the bus at 4:30, and for

9  some reason I felt like I needed to rush back so I

10 didn't miss the bus.

11 Q.          So on May 8th you picked Aniyah up from

12 Megan at about 3:00 p.m.; is that fair to say?

13 A.          Yeah.  I would say in between 2:00 and

14 3:30, to be safe.

15 Q.          And then you went, left Tim's house and

16 drove back where?  To New Philadelphia?

17 A.          Yes.

18 Q.          How long did it take you to get back here?

19 I'm not familiar with the area, so --

20 A.          It only takes about 40 minutes, something

21 like that.

22 Q.          Okay.  So you got here in plenty of time to

23 go to the bus stop?

24 A.          The bus stop is at my house, in my

25 driveway.



1  Q.          So how long were you home before the bus

2  came?

3  A.          I don't -- it wasn't -- she came -- I'd

4  say maybe --

5  Q.          Twenty minutes, half hour?

6  A.          Maybe a half an hour.

7  Q.          Okay.  So a half hour after you got back

8  from Tim's house on May 8th the bus came?

9             MS. BONHAM:  Objection.

10  Q.          Would that be fair?

11             MS. BONHAM:  She's given her best guess.

12  A.          I guess.

13             MS. BONHAM:  If you don't know, you don't

14  know.

15  Q.          I'm not asking you to guess.  You told me

16  about a half hour?

17  A.          Well, then yeah.

18  Q.          Okay.  Just trying to figure something out

19  here.

20  A.          Okay.

21  Q.          Get things straight.  And after you got home

22  and you're waiting for the bus to come, did Megan try to

23  call you at that time?

24  A.          No.  And to my knowledge, my phone was

25  working.  It was not turned off or anything like that.



1  I had an issue with that phone.  I don't know what was

2  wrong with it, but that happened frequently, not only

3  with her, but other people had said that they called

4  certain times and the phone never rang.

5  Q.            Okay.  So you got home a half hour later,

6  then the bus comes and drops off --

7  A.            Zarihanna.

8  Q.            Tarihanna [sic].  That's Megan's niece; is

9  that who that is?

10  A.           That's her.

11             MS. BONHAM:  With a Z.

12  Q.           Z-A-R-R-I --

13  A.           Z-A-R-I-H-A-N-N-A.  Zarihanna.

14  Q.           And then what did you do after that?

15  A.           After Zarihanna?

16  Q.           Yeah.  After she got off the bus.

17  A.           I got the girls something to eat.  I

18  actually had Aniyah in the tub, and Zarihanna come off

19  the bus, food was cooking on the stove, I got the baby

20  out of the tub.  Zarihanna was happy to see her, got

21  them -- sat at the table, they ate, laughed, played, and

22  I was whooped.  So I was going to call Megan, and I was

23  just so tired.  I just thought, well, you know what, I

24  will pick her up tomorrow.  I will get her tomorrow.

25  And then Sheri messages and says that Megan got



1  arrested.

2  Q.          Do you recall what time that was?

3  A.          I don't.  I just know it was in the

4  evening.

5  Q.          Like 6:00, 6:30, 7:00, somewhere in there?

6  A.          I'm not positive.

7  Q.          And she actually -- the text message said

8  she saw --

9  A.          Yeah.

10  Q.          -- them get arrested?

11  A.          Yeah.

12  Q.          Or picked up.

13  A.          Yeah, because her house is, like, right

14  beside Tim's, and the cop cars were in front of her

15  house, so she seen -- she was setting right there and

16  seen it all.

17  Q.          Police say they were there at 7:00, five

18  after 7:00, so that --

19  A.          Sounds --

20  Q.          To your recollection, would that be about

21  the right time?

22  A.          Yeah.

23  Q.          And it was before that time later when you

24  checked your phone that you discovered that Megan had

25  tried to call you; is that right?



 1  A.          No.  I checked -- I didn't see her missed

 2  calls until the next day.

 3  Q.          The next day.  And the missed calls, were

 4  they for the period of time before --

 5  A.          Yeah.

 6  Q.          -- she got picked up?

 7  A.          Yeah.

 8              MR. LANG:  I don't have any other

 9  questions.  Mr. Cleary might.  I don't know.

10              MR. CLEARY:  I have a few questions.

11              THE WITNESS:  Okay.

12              MS. BONHAM:  Mr. Cleary, before that can

13  we take a two-minute break?

14              MR. CLEARY:  We certainly can.

15                  (Off the record.)

16              MR. CLEARY:  Back on the record.

17              MS. BONHAM:  I'll record our agreement

18  between counsel before Mr. Cleary starts his

19  questioning.  Bill and I talked about this.  My

20  instruction not to answer medical questions is with

21  respect to questions outside the scope of this case and

22  the damages in this case, for instance, of physical

23  condition that preexisted this case.  Bill can or Tim

24  can ask questions within the scope, medical questions

25  within the scope.  It sounds like Bill doesn't have any



 1 | more, but we do have an agreement that he's going to
 2 | submit questions to me -- records request about two
 3 | medical providers related to my client's counseling,
 4 | Barbara St. Clair and OhioGuidestone.
 5 |             MR. LANG:  Yeah.  I'm going to send you
 6 | medical records authorizations, and then I'll send for
 7 | the records --
 8 |             MS. BONHAM:  And we --
 9 |             MR. LANG:  -- and supply you with copies
10 | when I get them.  I'll probably send a subpoena with the
11 | authorization and ask them to send me the records, and
12 | that usually works out well; and I'll send you copies,
13 | send Mr. Cleary copies, and I don't think there would be
14 | any follow-up questions of Ms. Larrick once we receive
15 | them.
16 |             MS. BONHAM:  So I'll reserve the right to
17 | object to whatever request you send, of course, but
18 | we're going to handle it that way for now, and we also
19 | clarified that the reference to a Dr. Camino was
20 | erroneous in the record.  Camille is the first name.
21 |             THE WITNESS:  And I can't remember her
22 | last name.
23 |             MS. BONHAM:  And that's okay.  Is that all
24 | we had on that?
25 |             MR. LANG:  Yeah.



1              MS. BONHAM:  Okay.

2              MR. CLEARY:  Are we good?

3              MS. BONHAM:  Yes.

4   CROSS EXAMINATION

5   BY MR. CLEARY:

6   Q.          Okay.  We have been introduced earlier.

7   A.          Yes.

8   Q.          Since you've had a little bit of a break, I

9   would first say to you that I have and my clients have

10  talked about this at length, and they -- each one

11  expresses their condolences and asked me to do so as well,

12  and so I would share that with you.

13      I can also tell you that I think that you have

14  answered all the questions to the best of your ability

15  so far today, but I also offer to you that if during the

16  break that we had that there's anything you would like

17  to change or modify, I would welcome you to do so now.

18  A.          (Shaking head.)

19  Q.          You're okay with the way things are?

20              MS. BONHAM:  Objection.

21  A.          Yes.

22  Q.          So one of the things I'm interested in is

23  the meeting that you had where you went to pick up your

24  grandchild on the day before Megan was arrest -- really

25  put in jail, and your expression is noted in one of the



1   police investigation files that exactly as you just said

2   it without even being asked, you said you noticed -- when

3   you got the child and Megan came out of the house, you

4   noticed that she was high; is that right?

5   A.          Yeah.

6   Q.          And you have explained to us that your

7   primary reason for doing that -- for making that statement

8   is because of something you, her mother, noticed that she

9   was flushed, correct?

10  A.          Yeah.

11  Q.          Do you think that her condition of being

12  flushed was so unusual for her that maybe I or Mr. Lang

13  would notice that if we had been standing there, that we

14  would have said, I think there's something wrong with you?

15              MS. BONHAM:  Objection.

16  A.          Yeah.

17  Q.          It was that dominant?

18  A.          Yeah.

19  Q.          And is that also true because she was

20  already so frail, 100 pounds or less?

21              MS. BONHAM:  Objection.

22  A.          No.

23  Q.          Or do I have that wrong?  What?

24  A.          You have that wrong.

25  Q.          Okay.  I thought you said that she was



1  already down to like 100 pounds?

2              MS. BONHAM:  Objection.

3  A.          I didn't say any of that.

4  Q.          No, somewhere else that she had lost a lot

5  of weight.

6  A.          Yeah.

7              MS. BONHAM:  Objection.  I had not heard

8  that testimony today.

9  Q.          Okay.  So is that a fact --

10             MS. BONHAM:  Objection.

11 Q.          -- that she had lost a lot of weight and was

12 visible to you that she lost weight on that day when you

13 went to pick up the child?

14 A.          No.  She -- the day that I picked up the

15 child, she looked the same weight as what she weighed

16 before she went to Cambridge.

17 Q.          So what --

18 A.          The weight was the same.

19 Q.          So what was her approximate weight, then,

20 before --

21 A.          I'm not -- I don't know.

22 Q.          What do you think her weight was on the day

23 that you observed her, that you picked up the child?

24 A.          Guessing maybe 110, maybe 115.

25 Q.          What was her height, to your recollection?



1  A.              She was, like, an inch or two taller than

2  me, so I would say five four.

3  Q.              Okay.  So when you spoke with her on that

4  afternoon -- just limit our conversation right now to

5  that, were there any other physical characteristics that

6  you noticed that suggested to you that she was high at

7  that time?

8  A.              Other than her face being flush, I mean --

9  her eyes were glassy.

10  Q.              Would you say that her conversation was

11  normal to her?

12  A.              Yeah, kind of.

13  Q.              Did she understand what you were speaking

14  and saying to her?

15              MS. BONHAM:  Objection.

16  Q.              As far as you could tell?

17  A.              Yeah.

18  Q.              All right.  And what about her hand, arm

19  gestures?  Was there anything unusual about that when you

20  were speaking?

21  A.              No.

22  Q.              What about her head, her gestures of her

23  face?  Was there anything unusual about that?

24  A.              The color, just color.

25  Q.              Just the flush -- her cheeks were flush,



1    right?

2    A.              Yeah.  This was flushed and --

3    Q.              This meaning her cheekbones?

4    A.              Yeah.

5    Q.              Okay.

6    A.              Her eyes were glassy.

7    Q.              Okay.  Any other physical characteristics of

8    her face, that is that she formed her lips in a certain

9    way or her eyes were doing something unusual?  None of

10   that?  Nothing else that you could see from her face, her

11   expressions --

12                   MS. BONHAM:  Objection.

13   Q.              -- at that time?

14   A.              She looked funny.

15   Q.              Pardon me?

16   A.              She looked funny, like --

17   Q.              To you --

18   A.              You know --

19   Q.              To you she looked a little funny?

20   A.              Yeah.

21                   MS. BONHAM:  Objection.  Let her finish.

22   A.              She looked funny.

23   Q.              Can you tell me why, what funny --

24   A.              Because she was using.  She -- when Megan

25   was guilty of something, it showed.  She never tried to



1  hide it, you know?  She was honest with you, but she

2  didn't like everybody to know her business either, so

3  unless you literally asked her, you weren't getting an

4  answer.  And then, you know --

5  Q.          Does that mean she was keeping it private to

6  herself?

7             MS. BONHAM:  Objection.

8  A.          No, no.

9  Q.          What does it mean?

10  A.          She would tell you, but she didn't want to

11  tell you.

12  Q.          Okay.  So any other physical

13  characteristics?  For example, would she walk strangely?

14  Did she have an unusual gait?

15  A.          She would move slower.

16  Q.          What about her ability to maintain her

17  balance?  Was she out of balance at all?

18  A.          Sometimes, but not all the time.

19  Q.          I'm talking about that afternoon when you

20  saw her.

21  A.          That afternoon?

22  Q.          Yes.

23  A.          She come down the steps.

24  Q.          How many steps?

25  A.          There was about 12.  His house set up on a



1  | hill.

2  | Q.            Handrail?

3  | A.            Yeah.

4  | Q.            Was there a handrail?

5  | A.            Yes, there was.

6  | Q.            And did she hold onto the handrail?

7  | A.            Yes, she did.

8  | Q.            But she walked down in a normal manner?

9  | A.            Yeah, slowly.

10 | Q.            Okay.  She didn't require assistance?

11 | A.            No.  If she would have required

12 | assistance, I would have got it for her.

13 | Q.            I understand.

14 | A.            But no.  She used the handrail.  She come

15 | down the steps.  She kind of -- her dad was -- came down

16 | to the car with me because he carried the bag.  I

17 | carried the baby.  She come down, and Megan didn't say

18 | anything, and he said let your mom take her.  He didn't

19 | know that she had called me and said come and get her.

20 | So Megan says, she's mine.  Those were her exact

21 | words.  She's mine, and I'm going to let her take her.

22 | I'm going to give my baby a kiss, and she got in the

23 | car.  I had already had the baby strapped in.  She got

24 | in the car, and she leaned over and kissed her kid and

25 | told her that she loved her; and Aniyah didn't talk at



 1  the time, just looked at her, you know, and she kissed

 2  her again, and she got out of the car; and she said, I

 3  love you, mom.  Don't forget to come and get me.  Be

 4  careful.  She said be careful for the drive.

 5  Q.          So during that entire process, Megan didn't

 6  need your assistance at all?

 7  A.          No.

 8  Q.          Not to get in the car, not to do any of

 9  those movements you've described?

10  A.          No.

11  Q.          No.  Okay.  In your earlier phone

12  conversation with her, could you tell that she was high at

13  the time of your phone conversation with her?

14              MS. BONHAM:  Objection.

15  A.          I can't really remember that.  I mean, I

16  know --

17  Q.          I don't want you to guess.

18  A.          Right.

19  Q.          I'm going to ask you details if, in fact,

20  that was something that you recalled.

21  A.          No.

22  Q.          No.  Anything else that you can think of by

23  way of description that would have told me standing,

24  observing objectively that she was high?

25              MS. BONHAM:  Objection.



SERENA LARRICK                                    August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                58

```
 1   A.          Just by looking at her.

 2   Q.          Just by looking at her.  And that's her

 3   face, and she looked a little different than usual.  She

 4   looked funny.  That's all?

 5               MS. BONHAM:  Objection.

 6   A.          Uh-huh.

 7   Q.          The degree to which she could be high, could

 8   that be noticed by you on different occasions?  You would

 9   know that she was more high or less high?

10   A.          Yeah.

11   Q.          So tell me what she did when she was really

12   high, that you noticed.

13               MS. BONHAM:  Objection.

14   A.          One time we went to the store and I had to

15   literally beg her to go with me, and then she told me

16   that she wasn't going to go in the store.  She was going

17   to wait in the car.  And I thought, well, I'll get her

18   to go, and once we get there I'll get her to come in.

19   Wrong.  She said huh-uh.  I'm not going in there.  I

20   am -- no way, mom.  I said, come on.  I'll buy you

21   something.  No.  I'll set out here and listen to music.

22   Q.          So she became very insistent on doing what

23   she wanted to do?

24               MS. BONHAM:  Objection.

25   Q.          Yes?
```



```
 1   A.          I guess.  I mean --

 2   Q.          Okay.  Have you ever seen her, I'll use the

 3   word drunk from alcohol?

 4   A.          Have I ever seen her drunk?  I don't know

 5   about drunk.  I've seen her after she's had a few beers.

 6   Q.          Would her physical condition change, the way

 7   she spoke or --

 8   A.          Huh-uh.

 9   Q.          -- the way she acted?

10   A.          (Witness shaking head.)

11               MR. LANG:  You're shaking your head.

12   A.          No.  I'm sorry.

13               MS. BONHAM:  That's okay.

14   A.          No.

15   Q.          So it sounds as though she didn't drink

16   enough that she would become intoxicated --

17               MS. BONHAM:  Objection.

18   Q.          -- to the extent she would loose her balance

19   or slur her words, that you ever observed?

20   A.          I've never observed it.

21   Q.          And did you say earlier that in your meeting

22   when you went to get the child that day that you believed

23   that you didn't smell any alcohol about her?

24   A.          No.

25   Q.          And would you say, then, that she was not
```



SERENA LARRICK                                    August 24, 2022
Estate of Megan Larrick vs Tuscarawas County              60

1   intoxicated during that occasion that you saw her and

2   spoke with her?

3              MS. BONHAM:  Objection.

4   Q.         Did she appear that way?

5   A.         I would say that she appeared high.

6   Q.         But not intoxicated from alcohol?

7              MS. BONHAM:  Objection.

8   A.         No.

9   Q.         Not high -- not from alcohol?

10  A.         Not from alcohol.

11  Q.         Okay.  I assume that there was the occasion

12  of the funeral later and there would possibly have been

13  some discussion of the events of that day when you went to

14  pick up the child and what Megan did that day before she

15  was arrested.  Was there any such conversation or

16  information about that day from friends and other persons

17  who attended the funeral?

18  A.         No.

19  Q.         So no one came forward and said they knew

20  who had provided the drugs or observed what Megan had done

21  that afternoon?  Was there anyone who volunteered that?

22  A.         I had a lady call me that stated she

23  wasn't with Megan that day, but she was with Megan the

24  day before and that it was -- she just said some big

25  black guy with braids.  That's what she said.  She said



1  she was getting high with Megan.

2  Q.          He was, the big black --

3  A.          No.  She was.

4  Q.          She was.

5  A.          But she didn't come to the funeral.

6  Q.          Do you recall her name?

7  A.          Phyllis Barrett.

8  Q.          And do you know if she was one of Megan's

9  friends or just another person present?

10  A.          She wasn't a friend of Megan's, but she

11  was an acquaintance that had been to her dad's house on

12  occasions.

13  Q.          Been to Tim Larrick's?

14  A.          Yes.

15  Q.          Okay.

16  A.          And that's all I know.

17  Q.          She didn't offer any observations on the day

18  that she was arrested?

19  A.          She said that she wasn't with her that

20  day.  She was with her, like, the day before that.

21  Q.          So the person that was arrested with Megan,

22  you never spoke with her about any details of that day?

23  A.          No.  For one, I personally don't like that

24  girl.  Two, I don't -- I don't know.  No.  I mean,

25  she -- that girl's always in jail, so there's no way I



1  could ever get to her.

2  Q.          Okay.

3  A.          So no.

4  Q.          One of the reports references a conversation

5  with you, and it has a number of statements that was part

6  of your discussion with this officer that states that you

7  had said that Megan and the child were bouncing from meth

8  house to meth house in Coshocton around that time.

9            MS. BONHAM:  Objection.

10  Q.          Is that something that you recall speaking?

11  A.          No, I don't.  Coshocton wasn't a place she

12  would -- no.  Maybe they're saying somewhere else, but I

13  don't even recall that being a conversation.

14  Q.          Did you ever download or make a copy of any

15  other text messages that you had on your phone that

16  related to Megan?

17  A.          No.  What do you mean?

18  Q.          Well, it's clear from your conversation with

19  Sheri Conner that you at least saved that part?

20  A.          Yeah, the detective asked me for that.

21  Q.          Oh.

22  A.          I forget for what reason.  And that's -- I

23  gave that to him.

24  Q.          Okay.  Did you receive Megan's personal

25  phone from the county?



1  A.          Yes.

2  Q.          Did you ever look at it, look at the

3  messages?

4  A.          I can't get in it.  It's an iPhone, and

5  she had it locked.

6  Q.          In the Interrogatories you were asked about

7  where Megan would get her ordinary medical care --

8  A.          Uh-huh.

9  Q.          -- and I believe you said at a clinic?

10  A.          Like a stat care, or she would go to the

11  ER.

12  Q.          What hospital would that be?

13  A.          The one here.  Union.  It's called

14  Cleveland Clinic Union here in Philly.

15  Q.          Uh-huh.  Where was Megan born?

16  A.          In Zanesville, Ohio.

17  Q.          At a hospital?

18  A.          Uh-huh.

19  Q.          What name?

20  A.          Genesis Hospital.

21  Q.          Was it a normal birth, as far as you recall?

22  A.          Yeah.

23  Q.          And she had no significant mental or

24  physical problems as a young child?

25  A.          She had a physical problem as a young



1  child.  When she was five, she was in Head Start and

2  they could not get a screening on her left eye, so we

3  went to an eye doctor.  The eye doctor could not get a

4  screening, so he sent me to a specialist.  And then that

5  specialist couldn't.  He sent me to another specialist.

6  That specialist couldn't, sent me to another one.

7       So all three of these specialists get together and

8  they say if this was my child, I would have her left

9  eye -- they called it enucleated or something like that.

10  They said that they thought that there was a malignant

11  tumor behind the left eye and I needed to get it removed

12  because it would spread to her brain and kill her.

13       So I made the decision to let them do that, and the

14  operation was supposed to be five or six hours and it

15  was, like, eight or nine; and the doctor come out and

16  said that she had a slightly detached retina with a

17  mass -- a benign mass behind the eye, so Megan had an

18  artificial eye.

19  Q.          It was removed?

20  A.          Yeah.

21  Q.          And given an artificial at that time for

22  that reason?

23  A.          Yeah.

24  Q.          Okay.  Did she have normal eyesight in the

25  remaining eye?



```
 1   A.            No.  She had to wear --

 2   Q.            Glasses?

 3   A.            -- bifocals by the age of five.

 4   Q.            Okay.  Any other significant physical

 5   ailments that she had as a child?

 6   A.            No.

 7   Q.            And was the birth of her child a normal

 8   birth, as far as you know?

 9   A.            Yeah.

10   Q.            Has there been any contact with the father

11   of that child that you or the family have had, to your

12   knowledge?

13   A.            No.

14   Q.            He seems completely disinterested?

15   A.            He was completely drugged out.

16   Q.            I see.  Okay.  Did Megan have an interest in

17   any career that she expressed?

18   A.            She did.

19   Q.            What was that?

20   A.            Megan wanted to be a nurse.

21   Q.            You said she almost had her high school

22   diploma?

23   A.            Yeah.

24   Q.            Was she in school?  Was she enrolled at the

25   time?
```



1  A.          She was.  She was in QDA.  Quaker Digital

2  Academy.  It's an online school.  When I moved here,

3  Megan moved up about a year after I was here.  She moved

4  in with me.  She wanted a diploma.  She did not want a

5  GED.  So Megan asked me to take her to the high school,

6  being 19, and try to enroll her, and I did, and they

7  accepted her.

8      So she went to New Philadelphia High School for, I

9  think, one school year, and then she ended up going to

10  Quaker Digital Academy because she could still get that

11  diploma, and she realized that she was struggling more

12  with the online school than she was being in attendance,

13  because I think she had a little -- it was more self

14  discipline, you know, with the online.  She had to --

15  Q.          I understand.

16  A.          You know what I mean?

17  Q.          I do.

18  A.          And so that didn't work out.  She finally

19  just said I'm not going to give up.  So she enrolled at

20  the Buckeye Career Center, and she said, well, mom, it

21  doesn't look like I'm going to get that diploma, but I'm

22  definitely going to get my GED.  She said, I just got to

23  get four credits and get this out of the way.  So she

24  enrolled at the Buckeye Career Center, and they don't --

25  schooling -- you can't just sign up and join.  You have



1  to wait.  They do it like in semesters, like a fall

2  semester --

3  Q.          I understand.

4  A.          -- summer, spring.  So she was on the list

5  for the next --

6  Q.          Cycle?

7  A.          Yeah.  And she never made it to it.

8  Q.          Okay.  So while she wasn't actually enrolled

9  at the time of her death, she intended to return and

10  complete?

11  A.          Yes.  She was on the list to attend.

12  Q.          Okay.

13              MR. CLEARY:  I have nothing further today.

14              MS. BONHAM:  I'll ask some follow-ups,

15  unless you want to go first, Bill.

16              MR. LANG:  No.

17              MS. BONHAM:  You're good?

18              MR. LANG:  I'm good.

19              MS. BONHAM:  I have some follow-ups.

20  DIRECT EXAMINATION

21  BY MS. BONHAM:

22  Q.          The day before Megan died, we've been

23  talking about you went to Tim's to pick up Aniyah and you

24  saw Megan.  That was about 2:00 or 3:00 in the afternoon,

25  right?



 1  A.              Yeah.  Between 2:00 and 3:30, to be safe.

 2  Q.              Okay.  Bill asked you a little bit about

 3  Megan's relationship with her family and her siblings.

 4  A.              Yeah.

 5  Q.              Can you say more about her relationship with

 6  the family and any other people, grandparents, parents,

 7  siblings?

 8  A.              I can say that Megan, again, was -- I'm

 9  glad my other kids can't hear that, but she was the

10  best -- the smartest kid I had, and I still can't

11  believe that she's gone.  Megan did -- she helped

12  everybody.  She took care -- she helped take care of her

13  grandma.  My dad had cancer.  She got on me about

14  checking on him every day.

15      Megan always, for some reason, stuck to broken

16  people.  She thought she could fix them and the hell

17  with her, you know?  Megan -- she was a good girl.

18      There was an incident at the library in New Philly.

19  She was there one day.  I don't know what she was doing

20  there, but she was there and she was -- she had her

21  purse beside her chair, and this homeless guy stole her

22  purse.  Well, they have a cop or a security guy there,

23  and she's like, hey, he's got my purse, and the cop got

24  him; and he said we're going to take him downtown, and

25  she said don't do that.  She said he's got enough



1   problems.  He's homeless.  And so they let him go, and

2   she give him what money she had in her wallet.

3       Megan was just such a good child.  She was always

4   well-mannered.  I just -- I just -- I hate drugs.  I

5   hate them.  There's so many good people that die for no

6   reason, and it's something that we can't fix.

7       I mean -- I know I just -- her daughter cries for

8   her all the time.  She doesn't really remember her, I

9   don't think.  But she wants her mommy, and I told her

10  that she will see her again.  I mean, that's God's

11  promise, so I believe in God, and that's all I know.

12      Megan would do anything for anybody.  When she --

13  she had an apartment over here on St. Clair, and when

14  she moved in, Aniyah -- that's another thing.  There

15  were people on drugs in the upstairs, and there were

16  just -- drugs were everywhere.  She tried to escape them

17  and they were there.

18      But I don't know what the drug is where people act

19  weird and do all this, but a guy come out of the

20  upstairs apartment one time when I was there, and I kind

21  of couldn't believe what I was seeing.  I thought, man,

22  what's going on?  And Megan said, don't stare, mom.

23  Don't judge.  You don't know what he's going through.

24  She said just go in there and don't pay any mind.  I'm

25  like, aren't you scared?  You got to live here.  And she



1    said I can't help what other people do.

2    Q.              You said Aniyah misses her mom and talks

3    about her?

4    A.              All the time.

5    Q.              And you miss Megan and talk about her?

6    A.              Yeah.  I talk about her every day.  People

7    think I'm crazy, but that's my way of healing, because

8    she lived -- just because she died doesn't mean that I

9    have to stop saying her name.

10   Q.              Do you have other ways of remembering Megan?

11   A.              Well, right now I'm just so busy with

12   these kids and work and doctors' appointments that --

13   no, I don't have much time for anything, but what I

14   would like to do is be in an overdose awareness march,

15   you know?  Get something like that going.  I don't know.

16   Q.              You do go to counseling you testified,

17   right?

18   A.              Yeah.

19   Q.              Anything else like that?

20   A.              No.  Just counseling.

21   Q.              You talked about Megan helping you in your

22   house.  What kind of things did she do to help you?

23   A.              Oh, gosh.  I have osteoarthritis and bunch

24   of other crap going on, so Megan helped do my gardening.

25   I can't get down in the yard, and she did that for me.



SERENA LARRICK                                    August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                  71

1  Megan would come -- I never had to ask her.  She just

2  come and do it, you know?  My dishes -- if there was

3  dishes in the sink, she would do those.  She would do my

4  laundry.  I mean, Megan did whatever.  Now, my other

5  kids, you got to ask, and then you're lucky if they do

6  it.

7  Q.           You talked about Megan helping her

8  grandparents too.  What kind of things did she do for

9  them?

10  A.           Well, her grandma Donna, she's 80

11  something.  Megan always swept her floors.  She helped

12  carry her groceries in and out of her car for her, went

13  and got her mail.  Her and Megan were really, really,

14  really close.  She just did a lot, a lot.  She -- as a

15  matter of fact, Megan's grandma told me Saturday -- she

16  has a grandfather clock in her house, and she said that

17  that thing hasn't been cleaned since Megan cleaned it

18  last.  She said Megan always cleaned the glass on her

19  hutches and her grandfather clock.  She said don't tell

20  nobody that, but -- and I just laughed.

21  Q.           What about Megan's other grandparents?

22  A.           Megan was always helpful with my mom.

23  Megan -- my dad, she helped him, but, you know -- we

24  expected him to die before her, and then it turned

25  around to be the other way.  That took a toll on my dad,



1  you know, dealing with stage 4 colon cancer.  But he

2  died six months after her.  Yeah.

3      And, you know, I think that my daughter that's

4  alive uses this as a crutch for her to use -- this is

5  just terrible.

6  Q.            You think Megan's death has affected your

7  other daughter?

8  A.            Well, I know it has.  I mean, she was in

9  prison when she died, and she didn't get, you know, to

10 spend her last years with her, and they were close, so,

11 yeah.

12 Q.            And your sons?

13 A.            Sure.  My younger son, yeah.  He won't go

14 see anybody, though.  He's been -- he's backwards.  But,

15 yeah, he -- it affects him.  Michael, it affects him

16 too.  And I think he turned it into positive because

17 there's no stopping that kid.  He's doing great.

18 Q.            Does Aniyah have anything to remember her

19 mom by?

20 A.            Yeah.  I bought her a -- I had Megan's

21 picture put on a pillow with her, and that baby sleeps

22 with that pillow every night, and then when she gets sad

23 or cries, I want -- she'll go get her pillow.  I'm going

24 to get my mommy.  I want my mommy here.  I miss her so

25 much.  Yeah.



1       I mean, Aniyah gets upset too because she goes to

2    Head Start and she sees the other kids, their mom

3    picking them up, you know?  And here's grandma picking

4    her up.  She said will my mommy pick me up from school

5    when she comes back?  I said, oh, Aniyah, I said grandma

6    don't have the answer to everything, but I'm sure when

7    you meet her that something like that might happen.  I

8    don't know what to say.

9    Q.          You testified earlier about Aniyah's

10   behavior and her health care a little bit.  Does she ever

11   act out or anything like that?

12   A.          No.  I mean, sometimes -- she's definitely

13   ornery, but, I mean, yeah, sometimes if Aniyah's being

14   punished for something and then she's crying about it,

15   she'll say, well, I miss my mommy and I wish she was

16   here, you know?  She wants -- she don't want me to

17   correct her.  She wants her mom to correct her.  But I'm

18   trying to show her that it's just not possible.  So --

19   Q.          You take care of Aniyah full-time, right?

20   A.          Yeah.

21   Q.          You talked about, when Mr. Cleary was asking

22   you, Megan wanted to be a nurse?

23   A.          Yeah.

24   Q.          Was that what she was trying to finish high

25   school to get ready for?



```
 1   A.              Yeah.  Well, she just wanted -- Megan told
 2   me that she just wanted to get her diploma and then work
 3   on her addiction.  She told me that she knew she had a
 4   warrant and that once she got that tooken care of she
 5   was going to tell her probation officer so she could get
 6   some help.  Before it was I could do this myself, mom.
 7   I said, Megan, you can't.  You need help.  No, I'll do
 8   it myself.  But she finally realized that you do need
 9   help, and she was supposed to tell her probation
10   officer, but she never got a chance to.
11   Q.              Is that because she passed?
12   A.              Yeah.
13   Q.              And you said she was enrolled in this
14   Buckeye program to try and finish school.  How long before
15   she passed was she enrolled in that?
16   A.              I think just a couple weeks.
17   Q.              You also testified that she was working.
18   Where was she working at when she was living with you?
19   A.              She worked at McDonald's.  No; wait.  She
20   lived in her own apartment when she worked at
21   McDonald's.  She worked at the Goodwill, Goodwill
22   Industries, when she was with me.  And she was taking
23   classes at OhioMeansJobs opportunity center.  She was
24   taking -- learning skills for different jobs, and she
25   was taking parenting classes while she was pregnant.
```



1  She was trying to stay busy, stay away from the drugs.

2  Like I said, she had times where she would go, you know,

3  couple months without using.  But when she used, she

4  would stay high for, you know, a little while.

5               MS. BONHAM:  Thank you.  I know that was

6  hard to talk about.  I'm sorry.  I think that's all I

7  have for now.

8               MR. LANG:  I have one more question.

9  RECROSS EXAMINATION

10 BY MR. LANG:

11 Q.          Why did you pick up Aniyah on May 8th?

12 A.          Why didn't I?

13 Q.          Why did you?

14 A.          She asked me to.

15 Q.          Who did?

16 A.          Megan.

17 Q.          She say why?

18 A.          No, but I think that she knew she was

19 getting high and it was -- she just probably didn't have

20 no one to watch her, you know.  She wanted her to be

21 safe.  She didn't have to worry about her.  I mean,

22 that's just what I'm guessing.

23 Q.          So you were worried also that Megan couldn't

24 take care of her daughter --

25               MS. BONHAM:  Objection.



```
 1   Q.          -- at that time; is that right?

 2               MS. BONHAM:  Objection.

 3   A.          Yes.

 4               MR. LANG:  Okay.  I don't have anything

 5   further.  You have a right to read this over.  I'm sure

 6   your lawyer has explained that to you.

 7               MS. BONHAM:  She's going to read.  She's

 8   not going to waive.

 9               MR. LANG:  I would like it typed up and

10   submitted for signature.

11                     SIGNATURE NOT WAIVED

12               (Deposition concluded at 1:21 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```



REPORTER'S CERTIFICATE


     I certify that this transcript, consisting of 79

pages, is a complete, true and correct transcript of the

proceedings had and the testimony taken in this case as

shown by my stenotype notes taken at the time said

testimony was taken.

_____
Jodie L. Algarin


_____
Jodie L. Algarin
Registered Professional Reporter
Certified Realtime Reporter



SERENA LARRICK                                      August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                    78

                    CERTIFICATE OF NOTARY

COMPLETED BY DEPONENT:

I, SERENA LARRICK, have read the foregoing pages of my
testimony or have had them read to me and have noted any
changes in form or substance of my testimony with their
respective corrections and the reasons on the following
errata sheet(s).


                    _____
                    SERENA LARRICK            Date



COMPLETED BY NOTARY PUBLIC

I, _____, a Notary Public in and for the
State of _____, hereby acknowledge that the
above named witness personally appeared before me, swore
to the truth of the foregoing statements and signed above
as his/her own true act and deed.


                    _____
                    Notary                    Date

                    _____
                    Commission Expiration



SERENA LARRICK                                    August 24, 2022
Estate of Megan Larrick vs Tuscarawas County                   79

```
 1                    E R R A T A   P A G E

 2

 3          I, SERENA LARRICK, the witness herein, have
            read the transcript of my testimony taken
 4          on August 24, 2022, or have had the
            transcript read to me, and the same is true
 5          and correct, with the exception of the
            following changes noted below, if any:

 6

 7     PAGE    LINE        CORRECTION, CHANGE & REASON

 8     _____ _____ _____

 9     _____ _____ _____

10     _____ _____ _____

11     _____ _____ _____

12     _____ _____ _____

13     _____ _____ _____

14     _____ _____ _____

15     _____ _____ _____

16     _____ _____ _____

17     _____ _____ _____

18     _____ _____ _____

19     _____ _____ _____

20     _____ _____ _____

21     _____ _____ _____

22     _____ _____ _____

23     _____ _____ _____

24

25                      _____
                        SERENA LARRICK              Date
```



  **Sheri**   

 Hey girl. Wanted to let you know megan got arrested

> What did she do

> I'm actually glad

 I dont know . They took her and Jennifer.  Do you have the baby

 It's been crazy at Tim's

> Yes ,I picked her up today at tims

Oh okay. I thought Phyllis  had her

 We watched her one day. Well my daughter  Kendra  did

> I'm kinda glad bc now I have grounds to keepher

 Yes I'm so glad ↓

 DEFENDANT'S EXHIBIT B

      

  **Sheri**   

 Yes I'm so glad

> I do know I'm sick of raising ,my grown ass daughters kids !!

 I bet your are. But I'm glad you are. They need someone  that is normal

> Lol ,right

 If you  find out anything  let me know. They found drugs on Jennifer

> Wow

> Ok I will





       

  **Sheri**   

> Hey , look on jail web site , I thought you said they found drugs on that jen , she only got assault

> Andxwhy isnt megan there

> Are u sure they got megan

They did. I know dont know why she didnt get charged with it. I seen them take it from her pocket

I was thinking the same thing about Megan.

 I dont know where she is

> This is odd

 Yes it is. I never saw megan picture on the site

>  M__ther , I called the jail

      

  **Sheri**   

 What did they ssy

> Oh well , I love having the baby here , I'm keeping her

I hope so. She needs a stable life

 I dont see megan at tim's

> Just that megan isnt there , I asked them if they were sure and I knew she was arrested and they got mean and said no she wasnt there

> No I gotta worry about where shes at

Oh wow that's crazy I seen them hand cuff her. And put her in car

 Right I can ask tim

> If she was in jail I'd be ok with that ,cau↓know where shes at

      

  Sheri   

U can yes

Let me know

 Hold on

 Tim said they might be bring her to new philly

Jennifer  going to carrol county is what Ray said

 Tim said he wasn't  home

Ok thx

 If I find out anything  more let you know

Ok ty



        

  **Sheri**   


Ok ty

 







Did you find where Megan is?



Megan.. did you find her. I'm worried.



I'm sorry I message Micheal he told me. I'm so sorry. If I can do anything let me know. Sending prayers

↓

  

