**In the Matter Of:**

ESTATE OF MEGAN LARRICK vs TUSCARAWAS

5:21-cv-00959

---

**TIMOTHY LARRICK**

*October 19, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1    IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF OHIO
 2               EASTERN DIVISION

 3
      ESTATE OF MEGAN )
 4    LARRICK, etc.,  )
                      )
 5        Plaintiffs, )
                      )
 6                    )JUDGE BARKER
            vs.       )CASE NO. 5:21-cv-00959
 7                    )
      TUSCARAWAS      )
 8    COUNTY, et al., )
                      )
 9        Defendants. )

10
                 -  -  -  -  -
11      THE DEPOSITION OF TIMOTHY LARRICK
           WEDNESDAY, OCTOBER 19, 2022
12               -  -  -  -  -

13            The deposition of TIMOTHY

14    LARRICK, called by the Plaintiff for

15    examination pursuant to the Federal

16    Rules of Civil Procedure, taken before

17    me, the undersigned, Margaret A.

18    Trombetta, Notary Public and RMR within

19    and for the State of Ohio, taken at the

20    offices of the Tuscarawas County

21    Sheriff's Office, 2295 Reiser Avenue,

22    S.E., New Philadelphia, Ohio,

23    commencing at 10:00 a.m., the day and

24    date above set forth.

25
```



```
 1   APPEARANCES:

 2

       On behalf of the Plaintiff:

 3
         Elizabeth Bonham, Esq. (Via Zoom)
 4       FG&G
         50 Public Square  Suite 1900
 5       Cleveland, Ohio  44113
         216-241-1430
 6       elizabeth@fggfirm.com

 7
       On behalf of Defendants Tuscarawas
 8     County, Orvis Campbell, Daniel
       Border, Marianne Collins, Dave
 9     DiGenova, Vonda Hamilton, and BrieAnna
       Schwab:
10
         William P. Lang, Esq.
11       13609 Shaker Boulevard  Suite 3B
         Cleveland, Ohio  44120
12       216-469-9684
         william.lang@williamlangattorney.com
13

14   On behalf of Defendant Caden Brown,
     Julie Scott, Cruz Fondriest, and John
15   Pittman:

16       Timothy R. Cleary, Esq.
         CLEARY & ASSOCIATES
17       5005 Rockside Road  Suite 600
         Cleveland, Ohio  44131
18       216-573-1776
         tcleary@clearylaw.com
19

20

21

22

23

24

25
```



```
 1        W I T N E S S   I N D E X

 2
                                        PAGE
 3
     EXAMINATION
 4   TIMOTHY LARRICK
     BY MR. LANG                          4
 5
     EXAMINATION
 6   TIMOTHY LARRICK
     BY MR. CLEARY                        43
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                    TIMOTHY LARRICK

2    of lawful age, called by the Defendants

3    for examination pursuant to the Federal

4    Rules of Civil Procedure, having been

5    first duly sworn, as hereinafter

6    certified, was examined and testified

7    as follows:

8       EXAMINATION OF TIMOTHY LARRICK

9    BY MR. LANG:

10       Q.    Would you state your name for

11   the record, please.

12       A.    Timothy Lee Larrick, Sr.

13       Q.    Mr. Larrick, I subpoenaed you

14   to be here today and you received a

15   subpoena with the witness fee, is that

16   right?

17       A.    Yes.

18       Q.    A deposition is a

19   question-and-answer period.  The lawyers

20   have the opportunity to ask you questions

21   and you simply answer the questions,

22   okay?

23       A.    Uh-huh.

24       Q.    If you don't understand a

25   question, just say so.



1       A.    Okay.

2       Q.    Lawyers tend to ask weird

3    questions sometimes.  I know I've asked

4    questions I don't even understand, so --

5             MR. CLEARY:  That's why I'm

6        here.

7       Q.    -- that's why he is here to

8    interpret, and I'm sure Ms. Bonham will

9    call me out on one of those things if I

10   don't make sense, so don't be bashful

11   about that.

12            If you can answer questions

13   yes or no, answer them yes or no.

14   Otherwise, I'm going to ask you to tell

15   the truth and be complete in your

16   answers.

17            Mr. Cleary is going to have an

18   opportunity to ask you questions and Ms.

19   Bonham will have an opportunity to ask

20   you questions.  We'll try to get you out

21   of here as quickly as we can, okay?

22       A.    Uh-huh.

23       Q.    When you answer, please answer

24   out loud.  Nods and shakes of the head,

25   she can't take down, so answer verbally



1  out loud.

2      A.    Yes, sir.

3      Q.    And if you're to say yes or

4  no, say yes or no instead of uh-huh and

5  huh-huh because that doesn't come out too

6  well when she types this up.

7          If the transcript of the

8  written version of the

9  question-and-answer period of this

10 deposition is typed up, you are going to

11 have an opportunity to read that and make

12 corrections, okay?

13     A.    Uh-huh.

14     Q.    And the court reporter will

15 notify you at the address you give here

16 so that you can set up a meeting and do

17 that, okay?

18     A.    Yes, sir.

19     Q.    Do you have any questions

20 before we start?

21     A.    Nope.

22     Q.    Are you under the influence of

23 any drugs or alcohol right now that might

24 prevent you from answering questions?

25     A.    No, sir.



1     Q.    Do you have any hearing
2   problems?
3     A.    Slightly.
4     Q.    If you don't hear me, I mean
5   I've got hearing aids and sometimes I
6   can't even hear with these, so if you
7   can't hear me, just say so.
8     A.    Uh-huh.
9     Q.    If you miss a part of the
10  question, say so, okay?
11    A.    Yes.
12    Q.    What's your residence address?
13    A.    512 Maple Street, Pleasant
14  City, Ohio.
15    Q.    And how long have you lived
16  there?
17    A.    About three months maybe, two,
18  three months.
19    Q.    And before that, where did you
20  live?
21    A.    325 South 7th, Byesville,
22  Ohio.
23    Q.    And did you live with somebody
24  at that address?
25    A.    I lived with my mother in



1  Byesville, Ohio.

2       Q.    What's her name?

3       A.    Donna Strauss.

4       Q.    Anybody else live in that

5  house at the time?

6       A.    No, sir.

7       Q.    How long did you live there?

8       A.    I lived there about 14 months.

9       Q.    And before that, where did you

10  live?

11      A.    230 North Second Street,

12  Cambridge, Ohio.

13      Q.    And that was your residence

14  for a long time, wasn't it?

15      A.    Yes, about 10 years.

16      Q.    And did you live at that

17  residence in Cambridge with anybody?

18      A.    Yes, I had a couple of

19  girlfriends, but they didn't stay for

20  very long.

21      Q.    We are here about your

22  daughter, Megan Larrick?

23      A.    Yes.

24      Q.    And my condolences to you and

25  the rest of your family for her passing.



1            When did you first find out

2    that Megan Larrick had passed away?

3        A.    The day after.

4        Q.    And that would have been what

5    day, May 10th?

6        A.    Probably.

7        Q.    2019?

8        A.    Yeah.

9        Q.    And how did you find that out?

10       A.    My brother-in-law called me.

11       Q.    And what was his name?

12       A.    Keith Langler.

13       Q.    And what did he tell you?

14       A.    He told me that my daughter

15   passed away in Tuscarawas jail.

16       Q.    After you found out that your

17   daughter passed away in the Tuscarawas

18   County jail, did you contact the

19   sheriff's department to find out what

20   happened?

21       A.    No, he come and picked me up.

22   I was out of town.  I was in Lore City,

23   Ohio when I found out and he come and

24   picked me up.

25       Q.    You're talking about your



1  brother-in-law?

2      A.   Yes.

3      Q.   So the question was did you

4  talk to anybody at the sheriff's office

5  after your daughter died --

6      A.   No.

7      Q.   -- to find out what happened?

8      A.   No, I didn't.

9      Q.   Since your daughter died, have

10  you spoken with anybody in the sheriff's

11  department about what happened?

12      A.   No, sir.

13      Q.   And Serena Larrick is your

14  ex-wife?

15      A.   Yes, sir.

16      Q.   When were you divorced from

17  Serena Larrick?

18      A.   Oh, I really -- I really don't

19  remember.

20      Q.   It's been a while?

21      A.   Been a while, yeah.

22      Q.   Okay.  And how old was Megan

23  when you got divorced from Serena

24  Larrick?

25      A.   I can't honestly answer that.



1     Q.   Do you know how old Serena was
2  when she passed away?
3     A.   Maybe 44.  I'm really -- I
4  don't even know how old she is actually.
5     Q.   Do you know how old Megan was
6  when she passed away?
7     A.   She was 21 I think.
8     Q.   And do you know where Megan
9  was living at the time of her death?
10    A.   I heard it was here, but I
11  didn't know exactly where, in Noble
12  County, Pleasant City.  I mean --
13    Q.   In New Philly?
14    A.   New Philly, yeah.
15    Q.   But you didn't know the
16  address?
17    A.   No, sir.
18    Q.   Had you ever visited at her
19  home in New Philadelphia?
20    A.   No.
21    Q.   She has a child.  Do you know
22  the child's name?
23    A.   Yes, Aniyah Rain Larrick.
24    Q.   And that's A-N-I-Y-A-H I
25  think?



1        A.    I think so.

2        Q.    Had you ever visited Megan and

3    her daughter in New Philadelphia, maybe

4    not in her house, did you ever travel up

5    here to see your granddaughter Aniyah?

6        A.    I would go to my ex-wife's

7    like on birthdays and stuff like that.

8        Q.    Okay.

9        A.    I went to her house one time.

10   It was after she had passed, Megan's.

11       Q.    Have you had an opportunity to

12   the see Aniyah since Megan passed away?

13       A.    Yes, I get her quite often,

14   take her to my mother's and keep her on

15   the weekends sometimes.  I just seen her

16   10 minutes ago.

17       Q.    Oh.

18       A.    20 minutes ago.

19       Q.    Okay.  You mentioned you

20   thought Serena had turned off your phone

21   before you got here?

22       A.    Yes, I did.

23       Q.    And so I assume Serena brought

24   you here?

25       A.    She come to pick me up last

1  night so I could make it here, you know,

2  I don't drive, so I could be here today.

3      Q.   Were you present in Cambridge

4  when the Cambridge police arrested Megan

5  Larrick on May 8, 2019?

6      A.   No, sir, I wasn't.

7      Q.   Where were you?

8      A.   Lore City, Ohio.

9      Q.   Did you know that your

10  daughter Megan was staying at your place

11  on May 8, 2019?

12      A.   No, I didn't.  She had her

13  apartment at that time.

14      Q.   The apartment in New Philly?

15      A.   Yes, sir.

16      Q.   At some time on May 8, did you

17  find out that the police had arrested

18  Megan?

19      A.   I didn't find out nothing

20  until the next day when my brother-in-law

21  come to pick me up from Lore City.

22      Q.   Did you have a phone at the

23  time?

24      A.   I think I did.

25      Q.   Okay.

1      A.    But my buddy that I was

2   staying with had one.  They tracked me

3   down.

4      Q.    How long had you been away

5   from your home on May 8th?

6      A.    Just -- I left that day.  The

7   day she was arrested, I had left before

8   that.

9      Q.    Okay.  What time did you

10  leave?

11     A.    I have no clue.

12     Q.    And did you see her, did you

13  see Megan Larrick before you left on May

14  8, 2019?

15     A.    I think I did.  I mean, I was

16  highly intoxicated the like two, three

17  days before that and that day.  I don't

18  really remember much at all.

19     Q.    Was anybody else staying at

20  your place on May 8, 2019?

21     A.    I don't think -- not

22  permanently, no.

23     Q.    Well, how about temporarily,

24  anybody staying there?

25     A.    There was a girl hang -- a



1 woman hanging around there, Jenny Sloan,

2 and I guess she was arrested the same

3 time my daughter was.

4     Q.    So Jennifer --

5     A.    I don't know how long she had

6 been there or, you know, if she spent the

7 night or whatever.

8     Q.    You don't recall?

9     A.    No, I don't.

10     Q.    But you do recall that

11 Jennifer Sloan was hanging around your

12 place on May 8, 2019?

13     A.    Yes, yes, I do remember that.

14     Q.    Do you know if Megan, on May 8

15 or the day before that, before you left

16 Cambridge, do you know if Megan was

17 taking any drugs?

18     A.    No, I don't.

19     Q.    When you last saw Megan before

20 you left Cambridge on May 8, do you know

21 if Megan was high?

22     A.    I had heard that she had been

23 using, but I could never really tell.

24     Q.    Well, before you left

25 Cambridge on May 8 to go to Grove City --



1          A.     Lore City, L-O-R-E, Lore City.

2          Q.     Lore City?

3          A.     Uh-huh.

4          Q.     Okay.  On May 8, 2019, before

5     you left Cambridge for Lore City, you

6     mentioned you saw Megan?

7          A.     I saw her that day.

8          Q.     Okay.  And do you have an

9     opinion as to whether or not she was

10    high?

11               MS. BONHAM:  Objection.

12         A.     I was highly intoxicated

13    myself, and even when I wasn't, I

14    couldn't tell, so I did not know if she

15    was or not.

16         Q.     And did you see Megan using

17    any drugs on May 8th, 2019 in your

18    house --

19         A.     No, sir.

20         Q.     Wait until I finish with my

21    question and then you can answer.

22         A.     Oh, okay.

23         Q.     Because it's hard for her to

24    take down what both of us say at the same

25    time.  I think she could do it because



1 | she's pretty good, but let's not make it

2 | too hard for her.

3 |     A.   Oh, sorry.  I didn't realize.

4 |     Q.   Okay.  So you indicated you

5 | were high or drunk on May 8 yourself?

6 |     A.   Just drunk.

7 |     Q.   Just drunk.  Do you have a

8 | drinking problem?

9 |     A.   Yes, sir.

10 |     Q.   And you'd consider yourself an

11 | alcoholic?

12 |     A.   Definitely.

13 |     Q.   And what does that mean to

14 | you?

15 |     A.   Dysfunctional, long periods of

16 | blackouts, jail cases, in and out of

17 | hospitals, jail, hospitals or death.

18 |     Q.   How are you feeling today?

19 |     A.   I feel pretty good.

20 |     Q.   Did you have anything to drink

21 | today?

22 |     A.   No, sir.

23 |     Q.   Did you ever, prior to May 8,

24 | 2019, talk to Megan about her drug use or

25 | alcohol use?



1     A.    She knows -- she knew I didn't

2  like it, but she wouldn't admit it to me.

3     Q.    So did you speak to her about

4  it?

5     A.    Yes.

6     Q.    And you expressed your

7  displeasure about it?

8     A.    Yes, sir.

9     Q.    And I don't want to put words

10 in your mouth.  What was Megan's response

11 to your saying you didn't like what you

12 thought she was doing?

13    A.    She would be like, I'm trying

14 not to, you know, trying to quit, and she

15 was talking about getting in rehab and

16 things like that.

17    Q.    Do you recall if she was at

18 your house in Cambridge the day before

19 you left for Lore City?

20    A.    No, I don't recall.

21    Q.    Okay.  Were you at home in

22 Cambridge when Serena Larrick says she

23 came and picked up Megan's daughter?

24    A.    Serena said I was.  I don't

25 really remember.



1     Q.    So you don't have any

2   independent recollection of Serena taking

3   Aniyah with her on May 8?

4     A.    No, I don't.

5     Q.    Had you ever heard that Megan

6   would swallow baggies filled with drugs

7   if she was confronted by the police?

8     A.    I never knew she would do

9   that.

10    Q.    So correct me if I am wrong,

11  you didn't realize or didn't know that

12  your daughter Megan Larrick had been

13  arrested on May 8, 2019, correct?

14    A.    I did not know, correct.

15    Q.    And you didn't know that the

16  New Philadelphia police picked her up at

17  the Guernsey County Sheriff's Office on

18  May 8, 2019 to transport her to New

19  Philadelphia?

20    A.    No, sir, I didn't.

21    Q.    And you didn't know or did you

22  know that Megan Larrick had been admitted

23  to the Tuscarawas County jail just after

24  midnight on May 9, 2019?

25    A.    No, sir, I didn't know that.



1     Q.    Do you know if Serena tried to
2  contact you about Megan on May 8 or May
3  9, 2019?
4     A.    No, she didn't.  The only call
5  I got was from my brother-in-law.
6     Q.    And that was the call you got
7  after to tell you that your daughter had
8  passed away?
9     A.    Yes, sir.
10    Q.    Did you have any discussions
11 with Serena after that telephone call
12 about Megan Larrick and the manner in
13 which she died?
14    A.    No, sir, not that day I don't
15 think I did.
16    Q.    Have you ever in the last
17 two-and-a-half, three years talked to
18 Serena about Megan?
19    A.    Yeah, we talk about it now.
20    Q.    When was the last time you had
21 a discussion about Megan?
22    A.    About a half hour ago.
23    Q.    And what did you talk about?
24    A.    She was just talking about she
25 didn't want to go here, have her



1  deposition because this is where Megan

2  was, and she took me here.  I didn't know

3  where the place was at and things like

4  that.

5      Q.    Did you and Serena talk about

6  what your testimony might be today?

7      A.    Yeah, I told her that I'm

8  probably not very credible because I

9  don't really remember anything and she

10  agreed.

11      Q.    Do you know where Jennifer

12  Sloan is today?

13      A.    Yes, she's in Guernsey County

14  jail.

15      Q.    Has she ever talked to you,

16  called you, discussed with you Megan's

17  death?

18      A.    No, sir.

19      Q.    Has she ever indicated to you

20  what happened when Megan got arrested in

21  Cambridge on May 8, 2019?

22      A.    Yes, she did tell me that she

23  was in the county jail with her and she

24  wished she would have done more to help

25  her because she was complaining about her



1  stomach and they didn't do much about it,

2  but the only reason I know she's in jail

3  is because I had talked to her mother and

4  her mother told me.  I don't have

5  anything to do with her anymore.  I

6  haven't even really had much to do with

7  her since that day.

8      Q.    And she was actually staying

9  at your place back then?

10     A.    Anywhere she could, you know,

11  she's like a street girl, woman I guess.

12     Q.    What is your date of birth,

13  sir?

14     A.    09-08-57.

15     Q.    Just so we're clear, you have

16  a son named Timothy Larrick, Jr., is that

17  right?

18     A.    Yes, sir.

19     Q.    And is he Serena's child?

20     A.    No, sir.

21     Q.    And your son Timothy is having

22  some legal problems right now?

23     A.    Yes, sir.  He was --

24     Q.    Okay.  I don't want --

25     A.    He's in trouble.



1      Q.    I just don't want to get --

2      A.    Yes, sir.

3      Q.    -- confused between you and

4   him.

5      A.    Yeah.

6      Q.    Was he living with you down in

7   Byesville at some time in the last year?

8      A.    No, sir.

9      Q.    Was he living somewhere else

10   in Byesville?

11      A.    He was staying with my

12   granddaughter, but I don't know the

13   address, but it was in Byesville in an

14   apartment complex.

15      Q.    And what's Jennifer Sloan's

16   mother's name?

17      A.    Melissa.

18      Q.    Sloan?

19      A.    I'm not really sure.

20      Q.    Okay.  Were you questioned at

21   all by any Tuscarawas County sheriff's

22   department employees concerning the death

23   of your daughter Megan Larrick?

24      A.    No, sir.

25      Q.    How did you get from Cambridge



1   to Lore City on May 8, 2019?

2        A.    I can't really remember.

3        Q.    Somebody would have driven

4   you, right?

5        A.    Yes, somebody had to.  I'm not

6   sure.

7        Q.    Did you own a vehicle back

8   then?

9        A.    No, sir.

10       Q.    Do you recall how Megan got to

11  your house in Cambridge on May 8, 2019

12  with her daughter?

13       A.    I know she -- my brother

14  bought her a car.  She had her license

15  and I would say she drove.

16       Q.    You're just guessing about

17  that though, is that right?

18       A.    Yes, sir.

19       Q.    Or do you have a clear

20  recollection of her driving up to your

21  house?

22       A.    No, sir, I don't.

23       Q.    Do you have any clear

24  recollection of visiting with your

25  granddaughter Aniyah on May 8, 2019?



1        A.    No, sir.

2        Q.    Do you recall any discussions

3   you had with Megan Larrick on May 8, 2019

4   when she was at your place?

5        A.    No, sir.

6        Q.    Do you know a guy named Albert

7   Raymond Correlly?

8        A.    Yes, sir.

9        Q.    Who is he?

10        A.    Just some thief that runs

11   around stealing.

12        Q.    Do you know if he stayed at

13   your place in Cambridge at any time?

14        A.    I hope he didn't.  Not that I

15   -- I didn't really like the guy so, but I

16   don't think he did.

17        Q.    Do you know that on May 10,

18   2019 when Jeff Moore of the Tuscarawas

19   County Sheriff's Department went to your

20   residence at 230 North 6th Street in

21   Cambridge, that Mr. Correlly answered the

22   door?

23        A.    No, I didn't know that.

24        Q.    Do you know a guy named Trig

25   or Trigger?



1    A.    No, sir.

2    Q.    Did you ever see Megan buying

3  any drugs?

4    A.    No, sir.

5    Q.    Did you ever see Megan using

6  any drugs at your house at any time

7  before May 9, 2019?

8    A.    No, sir.  No, they hid that

9  stuff from me.

10    Q.    So you're not sure if she took

11  drugs, is that what you're telling me?

12    A.    I had heard it and she got

13  caught one time with a pipe under --

14  somebody got caught with one under his

15  car seat and she was there.  I knew it,

16  but she didn't do it around me because I

17  don't like it.

18    Q.    Prior to May 9, 2019, did you

19  have any discussions with Serena Larrick

20  about Megan's drug use?

21    A.    No, sir.

22    Q.    Did you have any discussions

23  with Serena Larrick, prior to May 9,

24  2019, concerning Megan Larrick staying at

25  your place?



1      A.    No, sir.

2      Q.    Did Serena ever indicate to

3  you that she didn't like Serena and

4  Aniyah staying at your house in

5  Cambridge?

6            MS. BONHAM:  Objection.

7      A.    I don't think Aniyah ever

8  stayed at my house in Cambridge.  I

9  always visited her at my mother's.

10     Q.    I may have asked you this

11  question already.  Do you recall Megan

12  Larrick your daughter being at your house

13  the day before you left for Lore City on

14  May 8, 2019?

15     A.    Vaguely.  I don't even think I

16  remember even seeing her.

17     Q.    Do you recall --

18     A.    I mean, everything run

19  together and I was drunk and I can't

20  really honestly say if I did or if I

21  didn't.

22     Q.    Okay.  That's what I'm asking

23  you for.

24     A.    Yes, sir.

25     Q.    To be honest.



1      A.    I tried to think, you know,

2  about it, but I can't really recall.

3      Q.    Do you think you have a memory

4  problem due to your alcohol use and abuse

5  over the years?

6      A.    Yes, I do.

7      Q.    When was the last time you

8  held a full-time job?

9      A.    20 years, 30 years ago maybe.

10      Q.    And what did you do back then?

11      A.    I worked in oil rigs when I

12  was young with my first wife.

13      Q.    You're going to have to run

14  that by me again.  What was that?

15      A.    Oil rigs.

16      Q.    Oh, oil rigs?

17      A.    That's the only job that I

18  ever had that I stuck with very long.

19      Q.    When was the last time you had

20  any employment?

21      A.    20 years ago maybe.

22      Q.    You haven't worked in 20

23  years?

24      A.    No, sir.

25      Q.    How do you get along?



1    A.    I got a pension from the

2  military.  I got hurt in the marine

3  corps.  I get a small pension from there.

4    Q.    When did you serve in the

5  marines, sir?

6    A.    From '76 to '78.

7    Q.    What injury did you suffer

8  from the marines?

9    A.    I had a broken hip, broken

10  pelvis, dislocated shoulder.

11    Q.    How did that happen?

12    A.    I got knocked off a pier in

13  Genoa, Italy.

14    Q.    And did you get a medical

15  discharge?

16    A.    No, I got a general under

17  honorable.  I get -- I get a full -- I

18  was getting 40% and then I got SSI and

19  they dropped it down to 20%.  Then now I

20  get Social Security, so I get three

21  checks a month.

22    Q.    So you get Social Security

23  SSI?

24    A.    I get VA, SSI, and regular

25  Social Security for my age.



1          Q.    How old are you?

2          A.    65.

3          Q.    Are you seeing any kind of

4     doctor for memory issues?

5          A.    No, sir.

6          Q.    And are you involved in any

7     ongoing attempts to treat your alcohol

8     addiction?

9          A.    No, sir.  I just cut down

10    slowly myself.

11         Q.    When was the last time you had

12    a drink, sir?

13         A.    Yesterday.

14         Q.    Do you know if Albert Correlly

15    is married?

16         A.    He has a woman, but I don't

17    know if he's married.

18         Q.    Okay.  Is her name Christina?

19         A.    Yes.

20         Q.    Give me a minute.

21               Who is Matthew Larrick?

22         A.    My youngest son.

23         Q.    And that is Megan's brother,

24    is that right?

25         A.    Yes, sir.



1       Q.    Do you know how old Matthew

2   is?

3       A.    He's 22.

4       Q.    When was the last time you had

5   any contact with Matthew Larrick?

6       A.    Yesterday.

7       Q.    How about before that?

8       A.    The day before.

9       Q.    Does he live around you in

10  Byesville?

11      A.    Yes, he does.

12      Q.    Do you recall where your

13  daughter Megan went to high school?

14      A.    Cambridge and Buckeye Trail --

15  I mean Meadowbrook.  I think that was it.

16      Q.    Do you know if Megan had any

17  physical ailments?

18      A.    Just she was missing one eye.

19      Q.    And how did that happen?

20      A.    She had a tumor behind her eye

21  and it ripped her retina when she was

22  three years old.

23      Q.    And at that time were you

24  still married to Serena?

25      A.    Yes.



1      Q.    Do you know how old Aniyah is?

2      A.    She's four.

3      Q.    Did you ever have any

4   discussion with Serena Larrick about

5   Megan swallowing baggies or balloons

6   filled with drugs?

7      A.    No, sir.

8      Q.    That would be before or after

9   she died.  Did you ever have any

10  discussion about that?

11     A.    No, sir.

12     Q.    Okay.  I'll begin this

13  questioning by telling you my son, one

14  son has a long-time drug addiction, so I

15  don't mean any offense in asking you

16  these questions.

17           When did you first become

18  aware that Megan was using drugs, if you

19  were?

20     A.    I really couldn't, you know, I

21  never seen her do it, so I just got to go

22  by hearsay, so I don't know.  She was

23  probably young.  I mean, probably in

24  school.  I really don't know.

25     Q.    Okay.  I'm just asking you



1  that because as a father, I didn't know

2  for a long time.

3       A.    Yeah, they tend to hide that

4  from people that doesn't want them doing

5  it, you know, obviously.

6       Q.    Okay.  So you felt that she

7  was hiding that from you, if in fact she

8  was taking drugs?

9       A.    If she was, yes, she was

10  hiding it.

11       Q.    Okay.

12       A.    You know, I can't really say

13  because I never seen her do it.

14       Q.    And you testified before you

15  couldn't really tell if she was high or

16  not?

17       A.    No, I don't understand it too

18  much because it's not my drug of choice.

19       Q.    What did you hear she was

20  using?

21       A.    Meth because my oldest son was

22  doing it and I think he -- some people --

23  he's the one that got her started on it.

24       Q.    And that would be who?

25       A.    Timothy.



1      Q.    Okay.

2      A.    But then again, you know, he's

3  not going to admit it so...

4      Q.    You are just hearing all this

5  stuff third-hand, right?

6      A.    Yeah, yeah.

7      Q.    I know what you're talking

8  about.  You say you're staying with your

9  mother in Byesville?

10      A.    I take care of her off and on.

11  I have a permanent address in Noble

12  County -- not Noble, but Pleasant City,

13  and I'm working -- my nephew is helping

14  me fix it up and it's not really exactly

15  livable right now, but I'm back and forth

16  and I stay with my mother anyway no

17  matter what house I get because she's 83,

18  and so permanent address in Pleasant City

19  and then I stay with my mom periodically.

20      Q.    Okay.  And your mom, do you

21  know if she talked to Megan at all back

22  in May of 2019?

23      A.    Yes, she was always at my

24  mother's helping, cleaning and stuff like

25  that.



1      Q.    And have you ever discussed
2   with your mother what happened to Megan,
3   how she died?
4      A.    She knows.
5      Q.    And has she ever indicated
6   that Megan tried to call her on May 8
7   when she got arrested?
8      A.    She may have.  I don't recall.
9      Q.    Okay.  But you don't know, you
10  don't remember?
11     A.    I don't know.  No, I don't
12  know if she did or not.
13     Q.    You don't have any
14  recollection of your mother saying hey,
15  Megan called me from the county jail?
16     A.    No, sir.
17     Q.    Did you ever have any
18  discussions with Serena about Megan
19  trying to get a hold of her on May 8,
20  2019 after Megan got arrested?
21     A.    No.
22     Q.    Okay.
23     A.    I really don't talk about it
24  unless I have to.
25     Q.    Like today?



1        A.    Like today.

2        Q.    But you did talk with Serena

3    about it before you came here today?

4        A.    Yes.

5        Q.    And has Serena ever, including

6    today, said gee, I wish I would have

7    picked up the phone when Megan called me?

8        A.    No, she never said that.

9              MS. BONHAM:  Objection.

10       Q.    Prior to May 8, 2019, were you

11   concerned about Megan's ability to take

12   care of her daughter?

13       A.    No, sir.

14       Q.    Do you know if Serena was

15   concerned about Megan's ability to take

16   care of her daughter on or about May 8,

17   2019?

18       A.    No, sir.

19       Q.    Did Serena ever have any

20   conversations with you, prior to May 8,

21   2019, about getting custody of Aniyah?

22       A.    No, sir.

23       Q.    Do you recall if anybody

24   besides Jennifer Sloan was staying at

25   your place in the week before May 8,



1   2019?

2        A.   I don't think Jennifer was.  I

3   think my son was, Timothy.  Jennifer

4   never stayed at my house full-time.  She

5   was just like a drifter type.

6        Q.   So your son Timothy would drop

7   by from time to time, is that right?

8        A.   He would -- yeah, he was there

9   a lot.

10       Q.   Okay.

11       A.   I had a big house, you know,

12  he had a room upstairs.  He was just in

13  and out.

14       Q.   Did Megan have a room in your

15  house?

16       A.   She did when she was going to

17  high school.  They stayed with me one

18  year, my two kids with Serena, but she

19  had her own place.

20       Q.   Back on May 8, 2019, do you

21  recall if the Cambridge police came to

22  your house?

23       A.   No, I don't.

24       Q.   And before you left for Lore

25  City, did any lawn enforcement people



1  come to your house on May 8?

2      A.    No, not that I know.

3      Q.    Before May 8, 2019, do you

4  have any recollection as to how often

5  Megan came over to your place in

6  Cambridge?

7      A.    No, sir.

8      Q.    Did you see her often back

9  then?

10      A.    Yes, but not always there.

11  Like I said, I'd be in Byesville or she'd

12  come down to my mother's house and she'd

13  bring the baby.  I didn't really like her

14  bringing my granddaughter in that

15  environment, down and around that street.

16      Q.    Well, tell me about the

17  environment.

18      A.    People across the street

19  fighting, drugs everywhere, different

20  houses, fights.  It was kind of rough, so

21  I didn't really like her being there.

22      Q.    Okay.  So in Byesville, when

23  you would visit your mother and Megan was

24  there, did you recognize at any time that

25  Megan was doing drugs?



1      A.    No, sir.

2      Q.    When you saw her at those

3   times prior to May 8, 2019 at your

4   mother's place, Megan acted normally?

5      A.    Yes, sir.

6      Q.    And if she was on drugs or

7   taking drugs, you didn't realize it, is

8   that right?

9      A.    I didn't think so.  My mom

10  does not deal with that, even smoking

11  cigarettes in the house.  No, she didn't

12  look, you know, abnormal in any way.

13  Just cleaning and taking care of the baby

14  and normal things.

15     Q.    When you would see Megan at

16  your mother's house with Aniyah, you

17  thought that Megan was taking good care

18  of her daughter, right?

19     A.    Obviously, yes, sir, because

20  she was.

21     Q.    And at that time, you never

22  had any conversations with Serena about

23  Megan's inability to take care of her

24  daughter?

25     A.    No, sir.



1      Q.    Did you have any discussions

2  with your mother about Megan's inability

3  to take care of Aniyah?

4      A.    No, we seen no problems like

5  that.

6      Q.    I know we're going back a few

7  years, but do you recall how often you'd

8  see Megan over at your mom's house back

9  in 2019 spring?

10     A.    She would come over and spend

11 the weekends usually with my mother, just

12 like I still do, you know, just --

13     Q.    So Megan was --

14     A.    She never stayed away from my

15 mother too much, too long.

16     Q.    I'm sorry?

17     A.    She never stayed away from my

18 mother very long, you know, she'd bring

19 the baby and she had a room there she

20 could just --

21     Q.    And so she would stay with

22 your mother?

23     A.    On the weekend a lot of times.

24     Q.    On the weekend?

25     A.    At lot of times, keep the baby



1    there.

2         Q.    And that's when you would go

3    over and see your mother, right?

4         A.    I would already be there.

5         Q.    You would always be there?

6         A.    Yes.

7         Q.    So before her death, you had a

8    lot of contact with Megan on weekends

9    then?

10        A.    Yes.

11        Q.    Okay.

12        A.    Sometimes during the week

13   she'd stop in. After Megan passed, I left

14   that house down there.  I didn't hardly

15   go back, and when I did go back, there

16   was nothing hardly left and it was

17   stolen.  I was going to give the house to

18   the city, but I kind of snapped out of it

19   and sold it.

20        Q.    Are you talking about the

21   house in Cambridge?

22        A.    Yeah.

23        Q.    Okay.  So you sold that house

24   in Cambridge?

25        A.    Uh-huh.



1      Q.    Did you ever have any

2  discussions with Megan about any problems

3  with the law Megan may have had prior to

4  her death?

5      A.    Yes, she had a couple of

6  traffic tickets here in this county.

7      Q.    You mean in Tuscarawas County?

8      A.    Yes, sir.

9      Q.    New Philadelphia?

10     A.    Uh-huh.  I was talking to her

11  about that and minor, you know, things

12  like that.

13     Q.    You're not aware of any other

14  problems she was having with legal

15  difficulties or the law?

16     A.    No, sir.

17     Q.    Did Megan ever tell you she

18  was going to Narcotics Anonymous?

19     A.    Yes, she did say she was

20  wanting to go to treatment and stuff, but

21  it was --

22     Q.    Did she ask you to go through

23  treatment?

24     A.    No, I've been through

25  treatment through the VA several times.



1  She never asked me.  She said she wanted

2  to do it.

3       Q.    Okay.

4       A.    But it was right towards the

5  end when it was basically too late.

6       Q.    I don't have any other

7  questions.  These other lawyers might.

8     EXAMINATION OF TIMOTHY LARRICK

9  BY MR. CLEARY:

10      Q.    Mr. Larrick, I think that

11 you've been very truthful today to the

12 extent that you are able to remember.  I

13 think you are a very credible person.  I

14 think that you've been very

15 straightforward with us and I think that

16 the questions that have been asked of you

17 today are questions that parents wouldn't

18 want to have to answer about their child,

19 particularly a child who has passed.

20           I am interested in knowing

21 just a little bit about the phrase that

22 you've used that you didn't really

23 "approve" of drugs?

24      A.    No.

25      Q.    Because it's not your



1   "choice"?

2        A.    True, I don't really approve

3   of drinking either.  I'm just caught up

4   in it, but, you know, like I said, when

5   we go to my mother's house, there's no

6   drinking, no smoking, you know, my people

7   is really not like that.  I just kind of

8   ended up that way.

9        Q.    I see.  And so I think that

10  what you have said is if there was any

11  use of other than simple drinking, Megan

12  didn't want that to be known by you

13  because you would speak up?

14       A.    Yes.

15       Q.    And you would say I don't

16  approve of that?

17       A.    Exactly.

18       Q.    And what was the reason that

19  you would say I don't approve of that?

20       A.    Because I've seen what it does

21  to people.  I've been in and out of

22  treatments in the VA.  I know what

23  happens, like I said, jail, institutions

24  or death.  That's where it takes you or

25  where you go.  Even an alcoholic,



1   especially alcoholic, drug addict,

2   sometimes quicker.

3        Q.   I understand.  Thank you, sir.

4   I have no further questions today.

5             MR. CLEARY:  Ms. Bonham?

6             MR. LANG:   Ms. Bonham may

7        have some questions though.

8             MR. CLEARY:  Any questions?

9             MR. LANG:   And might I say

10        that we have stipulated that

11        Elizabeth Bonham may attend the

12        deposition by Zoom.

13             MR. CLEARY:  I don't know how

14        that happened, but yes.

15             MR. LANG:   And we're okay

16        with that.

17             MS. BONHAM:  Thank you.

18             MR. LANG:   And you're okay

19        with that, Mr. Larrick, aren't you?

20             THE WITNESS: Yes, sir.

21             MR. LANG:   Okay.

22             MS. BONHAM:  Thanks everybody,

23        and it's not a videorecorded depo.

24        I'm just here on the video, is that

25        right?



1              MR. LANG:     That's right.

2              MS. BONHAM:   I don't have

3        anything for Tim.   Thanks a lot for

4        being here.

5              MR. LANG:     Okay.

6              MR. CLEARY:   That's all then.

7    (Deposition was concluded at 12:00 p.m.)

8              (Signature reserved.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1  THE STATE OF       ) SS:

 2  OHIO,

 3  COUNTY OF          )

 4  CUYAHOGA.

 5

 6      I, Margaret A. Trombetta, a Notary

 7  Public within and for the State of Ohio,

 8  duly commissioned and qualified, do hereby

 9  certify that TIMOTHY LARRICK, was first

10  duly sworn to testify the truth, the whole

11  truth and nothing but the truth in the

12  cause aforesaid; that the testimony then

13  given by him was by me reduced to stenotypy

14  in the presence of said witness, afterwards

15  transcribed on a computer/printer, and that

16  the foregoing is a true and correct

17  transcript of the testimony so given by him

18  as aforesaid.

19      I do further certify that this

20  deposition was taken at the time and place

21  in the foregoing caption specified.  I do

22  further certify that I am not a relative,

23  counsel or attorney of either party, or

24  otherwise interested in the event of this

25  action.
```



1        IN WITNESS WHEREOF, I have hereunto

2   set my hand and affixed my seal of office

3   at Cleveland, Ohio, on this 16th day of

4   February 2023.

5

6        Margaret A. Trombetta, Notary Public
         within and for the State of Ohio
         My Commission expires May 8, 2026.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1   THE STATE OF          )
                           )    SS:
 2   COUNTY OF             )

 3

 4

 5

 6        Before me, a Notary Public in and for

 7   said state and county, personally appeared

 8   the above-named TIMOTHY LARRICK, who

 9   acknowledged that he did sign the foregoing

10   transcript and that the same is a true and

11   correct transcript of the testimony so

12   given.

13        IN TESTIMONY WHEREOF, I have hereunto

14   affixed my name and official seal at

15                    this            day of

16               , 2023.

17

18

19

20               TIMOTHY LARRICK

21

22          Notary Public

23          My Commission expires:

24

25
```



 1                    DEPOSITION ERRATA SHEET

 2    Page No.            Line No.            Change

 3    to:

 4    Reason for change:
      Page No.            Line No.            Change
 5    to:

 6    Reason for change:
      Page No.            Line No.            Change
 7    to:

 8    Reason for change:
      Page No.            Line No.            Change
 9    to:

10    Reason for change:
      Page No.            Line No.            Change
11    to:

12    Reason for change:
      Page No.            Line No.            Change
13    to:

14    Reason for change:
      Page No.            Line No.            Change
15    to:

16    Reason for change:
      Page No.            Line No.            Change
17    to:

18    Reason for change:
      Page No.            Line No.            Change
19    to:

20    Reason for change:
      Page No.            Line No.            Change
21    to:

22    Reason for change:
      Page No.            Line No.            Change
23    to:

24    Reason for change:
      Page No.            Line No.            Change
25    to:



```
 1   Reason for change:
     Page No.              Line No.           Change
 2   to:

 3   Reason for change:
     Page No.              Line No.           Change
 4   to:

 5   Reason for change:Page No.            Line
     No.         Change to:Reason for change:
 6   Page No.              Line No.           Change
     to:
 7
     Reason for change:
 8   Page No.              Line No.           Change
     to:
 9
     Reason for change:
10   Page No.              Line No.           Change
     to:
11
     Reason for change:
12   Page No.              Line No.           Change
     to:
13
     Reason for change:
14   Page No.              Line No.           Change
     to:
15
     Reason for change:
16   Page No.              Line No.           Change
     to:
17
     Reason for change:
18   Page No.              Line No.           Change
     to:
19
     Reason for change:
20   Page No.              Line No.           Change
     to:
21
     Reason for change:
22   Page No.              Line No.           Change
     to:
23
     Reason for change:
24   Page No.              Line No.           Change
     to:
25
     Reason for change:
```



1    Page No.            Line No.            Change
     to:

2
     Reason for change:

3    Page No.            Line No.            Change
     to:

4
     Reason for change:

5    Page No.            Line No.            Change
     to:

6
     Reason for change:

7

8    SIGNATURE:                             DATE:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**0**

**09-08-57**
22:14

**1**

**10**
8:15
12:16
25:17

**10th**
9:5

**12:00**
46:7

**14**
8:8

**2**

**20**
12:18
28:9,21,
22

**20%**
29:19

**2019**
9:7 13:5,
11 14:14,
20 15:12
16:4,17
17:24
19:13,18,
24 20:3
21:21
24:1,11,
25 25:3,
18 26:7,
18,24
27:14
34:22

35:20
36:10,17,
21 37:1,
20 38:3
39:3 40:9

**21**
11:7

**22**
31:3

**230**
8:11
25:20

**3**

**30**
28:9

**325**
7:21

**4**

**40%**
29:18

**44**
11:3

**5**

**512**
7:13

**6**

**65**
30:2

**6th**
25:20

**7**

**76**
29:6

**78**
29:6

**7th**
7:21

**8**

**8**
13:5,11,
16 14:14,
20 15:12,
14,20,25
16:4
17:5,23
19:3,13,
18 20:2
21:21
24:1,11,
25 25:3
27:14
35:6,19
36:10,16,
20,25
37:20
38:1,3
39:3

**83**
34:17

**8th**
14:5
16:17

**9**

**9**
19:24
20:3
26:7,18,

23

**A**

**A-N-I-Y-A-H**
11:24

**ability**
36:11,15

**abnormal**
39:12

**abuse**
28:4

**acted**
39:4

**addict**
45:1

**addiction**
30:8
32:14

**address**
6:15
7:12,24
11:16
23:13
34:11,18

**admit**
18:2 34:3

**admitted**
19:22

**age**
4:2 29:25

**agreed**
21:10

**aids**
7:5

**ailments**
31:17

**Albert**
25:6
30:14

**alcohol**
6:23
17:25
28:4 30:7

**alcoholic**
17:11
44:25
45:1

**Aniyah**
11:23
12:5,12
19:3
24:25
27:4,7
32:1
36:21
39:16
40:3

**Anonymous**
42:18

**answering**
6:24

**answers**
5:16

**anymore**
22:5

**apartment**
13:13,14
23:14

**approve**
43:23
44:2,16,
19

**arrested**
13:4,17
14:7 15:2
19:13
21:20
35:7,20

**assume**
12:23



**attempts**
  30:7

**attend**
  45:11

**aware**
  32:18
  42:13

_____

  **B**

**baby**
  38:13
  39:13
  40:19,25

**back**
  22:9 24:7
  28:10
  34:15,21
  37:20
  38:8
  40:6,8
  41:15

**baggies**
  19:6 32:5

**balloons**
  32:5

**bashful**
  5:10

**basically**
  43:5

**begin**
  32:12

**big**
  37:11

**birth**
  22:12

**birthdays**
  12:7

**bit**
  43:21

**blackouts**
  17:16

**Bonham**
  5:8,19
  16:11
  27:6 36:9
  45:5,6,
  11,17,22
  46:2

**bought**
  24:14

**bring**
  38:13
  40:18

**bringing**
  38:14

**broken**
  29:9

**brother**
  24:13
  30:23

**brother-in-
law**
  9:10 10:1
  13:20
  20:5

**brought**
  12:23

**Buckeye**
  31:14

**buddy**
  14:1

**buying**
  26:2

**Byesville**
  7:21 8:1
  23:7,10,
  13 31:10
  34:9
  38:11,22

_____

  **C**

**call**
  5:9 20:4,
  6,11 35:6

**called**
  4:2 9:10
  21:16
  35:15
  36:7

**Cambridge**
  8:12,17
  13:3,4
  15:16,20,
  25 16:5
  18:18,22
  21:21
  23:25
  24:11
  25:13,21
  27:5,8
  31:14
  37:21
  38:6
  41:21,24

**car**
  24:14
  26:15

**care**
  34:10
  36:12,16
  39:13,17,
  23 40:3

**cases**
  17:16

**caught**
  26:13,14
  44:3

**certified**
  4:6

**checks**
  29:21

**child**
  11:21
  22:19
  43:18,19

**child's**
  11:22

**choice**
  33:18
  44:1

**Christina**
  30:18

**cigarettes**
  39:11

**city**
  7:14 9:22
  11:12
  13:8,21
  15:25
  16:1,2,5
  18:19
  24:1
  27:13
  34:12,18
  37:25
  41:18

**Civil**
  4:4

**cleaning**
  34:24
  39:13

**clear**
  22:15
  24:19,23

**Cleary**
  5:5,17
  43:9
  45:5,8,13
  46:6

**clue**
  14:11

**complaining**
  21:25

**complete**
  5:15

**complex**
  23:14

**concerned**
  36:11,15

**concluded**
  46:7

**condolences**
  8:24

**confronted**
  19:7

**confused**
  23:3

**contact**
  9:18 20:2
  31:5 41:8

**conversatio
ns**
  36:20
  39:22

**corps**
  29:3

**correct**
  19:10,13,
  14

**corrections**
  6:12

**Correlly**
  25:7,21
  30:14

**county**
  9:18
  11:12
  19:17,23
  21:13,23
  23:21
  25:19
  34:12
  35:15
  42:6,7



couple
 8:18 42:5

court
 6:14

credible
 21:8
 43:13

custody
 36:21

cut
 30:9

—————————

**D**

—————————

date
 22:12

daughter
 8:22
 9:14,17
 10:5,9
 12:3
 13:10
 15:3
 18:23
 19:12
 20:7
 23:23
 24:12
 27:12
 31:13
 36:12,16
 39:18,24

day
 9:3,5
 13:20
 14:6,7,17
 15:15
 16:7
 18:18
 20:14
 22:7
 27:13
 31:8

days
 14:17

deal
 39:10

death
 11:9
 17:17
 21:17
 23:22
 41:7 42:4
 44:24

Defendants
 4:2

department
 9:19
 10:11
 23:22
 25:19

depo
 45:23

deposition
 4:18 6:10
 21:1
 45:12
 46:7

died
 10:5,9
 20:13
 32:9 35:3

difficultie
s
 42:15

discharge
 29:15

discussed
 21:16
 35:1

discussion
 20:21
 32:4,10

discussions

20:10
25:2
26:19,22
35:18
40:1 42:2

dislocated
 29:10

displeasure
 18:7

divorced
 10:16,23

doctor
 30:4

Donna
 8:3

door
 25:22

drifter
 37:5

drink
 17:20
 30:12

drinking
 17:8
 44:3,6,11

drive
 13:2

driven
 24:3

driving
 24:20

drop
 37:6

dropped
 29:19

drove
 24:15

drug
 17:24
 26:20

32:14
33:18
45:1

drugs
 6:23
 15:17
 16:17
 19:6
 26:3,6,11
 32:6,18
 33:8
 38:19,25
 39:6,7
 43:23

drunk
 17:5,6,7
 27:19

due
 28:4

duly
 4:5

Dysfunction
al
 17:15

—————————

**E**

—————————

Elizabeth
 45:11

employees
 23:22

employment
 28:20

end
 43:5

ended
 44:8

enforcement
 37:25

environment
 38:15,17

ex-wife
 10:14

ex-wife's
 12:6

examination
 4:3,8
 43:8

examined
 4:6

expressed
 18:6

extent
 43:12

eye
 31:18,20

—————————

**F**

—————————

fact
 33:7

family
 8:25

father
 33:1

Federal
 4:3

fee
 4:15

feel
 17:19

feeling
 17:18

felt
 33:6

fighting
 38:19

fights
 38:20



filled
19:6 32:6

find
9:1,9,19
10:7
13:17,19

finish
16:20

fix
34:14

found
9:16,23

full
29:17

full-time
28:8 37:4

_____

**G**

gee
36:6

general
29:16

Genoa
29:13

get along
28:25

girl
14:25
22:11

girlfriends
8:19

give
6:15
30:20
41:17

good
17:1,19
39:17

granddaught
er
12:5
23:12
24:25
38:14

Grove
15:25

Guernsey
19:17
21:13

guess
15:2
22:11

guessing
24:16

guy
25:6,15,
24

_____

**H**

half
20:22

hang
14:25

hanging
15:1,11

happen
29:11
31:19

happened
9:20
10:7,11
21:20
35:2
45:14

hard
16:23
17:2

head
5:24

hear
7:4,6,7
33:19

heard
11:10
15:22
19:5
26:12

hearing
7:1,5
34:4

hearsay
32:22

held
28:8

helping
34:13,24

hereinafter
4:5

hey
35:14

hid
26:8

hide
33:3

hiding
33:7,10

high
15:21
16:10
17:5
31:13
33:15
37:17

highly
14:16
16:12

hip

29:9

hold
35:19

home
11:19
14:5
18:21

honest
27:25

honestly
10:25
27:20

honorable
29:17

hope
25:14

hospitals
17:17

hour
20:22

house
8:5 12:4,
9 16:18
18:18
24:11,21
26:6
27:4,8,12
34:17
37:4,11,
15,22
38:1,12
39:11,16
40:8
41:14,17,
21,23
44:5

houses
38:20

huh-huh
6:5

hurt

29:2

_____

**I**

inability
39:23
40:2

including
36:5

independent
19:2

influence
6:22

injury
29:7

institution
s
44:23

interested
43:20

interpret
5:8

intoxicated
14:16
16:12

involved
30:6

issues
30:4

Italy
29:13

_____

**J**

jail
9:15,18
17:16,17
19:23
21:14,23
22:2



35:15
44:23

**Jeff**
25:18

**Jennifer**
15:4,11
21:11
23:15
36:24
37:2,3

**Jenny**
15:1

**job**
28:8,17

**Jr**
22:16

---

**K**

**Keith**
9:12

**kids**
37:18

**kind**
30:3
38:20
41:18
44:7

**knew**
18:1 19:8
26:15

**knocked**
29:12

**knowing**
43:20

---

**L**

**L-O-R-E**
16:1

**LANG**
4:9 45:6,
9,15,18,
21 46:1,5

**Langler**
9:12

**Larrick**
4:1,8,12,
13 8:22
9:2
10:13,17,
24 11:23
13:5
14:13
18:22
19:12,22
20:12
22:16
23:23
25:3
26:19,23,
24 27:12
30:21
31:5 32:4
43:8,10
45:19

**late**
43:5

**law**
42:3,15

**lawful**
4:2

**lawn**
37:25

**lawyers**
4:19 5:2
43:7

**leave**
14:10

**Lee**
4:12

**left**

14:6,7,13
15:15,20,
24 16:5
18:19
27:13
37:24
41:13,16

**legal**
22:22
42:14

**license**
24:14

**livable**
34:15

**live**
7:20,23
8:4,7,10,
16 31:9

**lived**
7:15,25
8:8

**living**
11:9
23:6,9

**long**
7:15 8:7,
14,20
14:4 15:5
17:15
28:18
33:2
40:15,18

**long-time**
32:14

**Lore**
9:22
13:8,21
16:1,2,5
18:19
24:1
27:13
37:24

**lot**
37:9
40:23,25
41:8 46:3

**loud**
5:24 6:1

---

**M**

**make**
5:10 6:11
13:1 17:1

**manner**
20:12

**Maple**
7:13

**marine**
29:2

**marines**
29:5,8

**married**
30:15,17
31:24

**matter**
34:17

**Matthew**
30:21
31:1,5

**Meadowbrook**
31:15

**medical**
29:14

**meeting**
6:16

**Megan**
8:22 9:2
10:22
11:5,8
12:2,12
13:4,10,

18 14:13
15:14,16,
19,21
16:6,16
17:24
19:5,12,
22 20:2,
12,18,21
21:1,20
23:23
24:10
25:3
26:2,5,24
27:11
31:13,16
32:5,18
34:21
35:2,6,
15,18,20
36:7
37:14
38:5,23,
25 39:4,
15,17
40:8,13
41:8,13
42:2,3,17
44:11

**Megan's**
12:10
18:10,23
21:16
26:20
30:23
36:11,15
39:23
40:2

**Melissa**
23:17

**memory**
28:3 30:4

**mentioned**
12:19
16:6



Meth
    33:21

midnight
    19:24

military
    29:2

minor
    42:11

minute
    30:20

minutes
    12:16,18

missing
    31:18

mom
    34:19,20
    39:9

mom's
    40:8

month
    29:21

months
    7:17,18
    8:8

Moore
    25:18

mother
    7:25
    22:3,4
    34:9,16
    35:2,14
    38:23
    40:2,11,
    15,18,22
    41:3

mother's
    12:14
    23:16
    27:9
    34:24
    38:12

39:4,16
44:5

mouth
    18:10

—————————

**N**

named
    22:16
    25:6,24

Narcotics
    42:18

nephew
    34:13

night
    13:1 15:7

Noble
    11:11
    34:11,12

Nods
    5:24

normal
    39:14

North
    8:11
    25:20

notify
    6:15

—————————

**O**

Objection
    16:11
    27:6 36:9

offense
    32:15

office
    10:4
    19:17

Ohio
    7:14,22
    8:1,12
    9:23 13:8

oil
    28:11,15,
    16

oldest
    33:21

ongoing
    30:7

opinion
    16:9

opportunity
    4:20
    5:18,19
    6:11
    12:11

—————————

**P**

p.m.
    46:7

parents
    43:17

part
    7:9

passed
    9:2,15,17
    11:2,6
    12:10,12
    20:8
    41:13
    43:19

passing
    8:25

pelvis
    29:10

pension
    29:1,3

people
    33:4,22
    37:25
    38:18
    44:6,21

period
    4:19 6:9

periodicall
y
    34:19

periods
    17:15

permanent
    34:11,18

permanently
    14:22

person
    43:13

Philadelphi
a
    11:19
    12:3
    19:16,19
    42:9

Philly
    11:13,14
    13:14

phone
    12:20
    13:22
    36:7

phrase
    43:21

physical
    31:17

pick
    12:25
    13:21

picked
    9:21,24
    18:23

19:16
36:7

pier
    29:12

pipe
    26:13

place
    13:10
    14:20
    15:12
    21:3 22:9
    25:4,13
    26:25
    36:25
    37:19
    38:5 39:4

Pleasant
    7:13
    11:12
    34:12,18

police
    13:4,17
    19:7,16
    37:21

present
    13:3

pretty
    17:1,19

prevent
    6:24

prior
    17:23
    26:18,23
    36:10,20
    39:3 42:3

problem
    17:8 28:4

problems
    7:2 22:22
    40:4
    42:2,14



Procedure
  4:4

pursuant
  4:3

put
  18:9

———————

**Q**

question
  4:25 7:10
  10:3
  16:21
  27:11

question-
and-answer
  4:19 6:9

questioned
  23:20

questioning
  32:13

questions
  4:20,21
  5:3,4,12,
  18,20
  6:19,24
  32:16
  43:7,16,
  17 45:4,
  7,8

quicker
  45:2

quickly
  5:21

quit
  18:14

———————

**R**

Rain
  11:23

Raymond
  25:7

read
  6:11

realize
  17:3
  19:11
  39:7

reason
  22:2
  44:18

recall
  15:8,10
  18:17,20
  24:10
  25:2
  27:11,17
  28:2
  31:12
  35:8
  36:23
  37:21
  40:7

received
  4:14

recognize
  38:24

recollectio
n
  19:2
  24:20,24
  35:14
  38:4

record
  4:11

regular
  29:24

rehab
  18:15

remember
  10:19
  14:18

15:13
18:25
21:9 24:2
27:16
35:10
43:12

reporter
  6:14

reserved
  46:8

residence
  7:12
  8:13,17
  25:20

response
  18:10

rest
  8:25

retina
  31:21

rigs
  28:11,15,
  16

ripped
  31:21

room
  37:12,14
  40:19

rough
  38:20

Rules
  4:4

run
  27:18
  28:13

runs
  25:10

———————

**S**

school

31:13
32:24
37:17

seat
  26:15

Security
  29:20,22,
  25

sense
  5:10

Serena
  10:13,17,
  23 11:1
  12:20,23
  18:22,24
  19:2
  20:1,11,
  18 21:5
  26:19,23
  27:2,3
  31:24
  32:4
  35:18
  36:2,5,
  14,19
  37:18
  39:22

Serena's
  22:19

serve
  29:4

set
  6:16

shakes
  5:24

she'd
  38:11,12
  40:18
  41:13

sheriff's
  9:19
  10:4,10

19:17
23:21
25:19

shoulder
  29:10

signature
  46:8

simple
  44:11

simply
  4:21

sir
  6:2,18,25
  8:6
  10:12,15
  11:17
  13:6,15
  16:19
  17:9,22
  18:8
  19:20,25
  20:9,14
  21:18
  22:13,18,
  20,23
  23:2,8,24
  24:9,18,
  22 25:1,
  5,8 26:1,
  4,8,21
  27:1,24
  28:24
  29:5
  30:5,9,
  12,25
  32:7,11
  35:16
  36:13,18,
  22 38:7
  39:1,5,
  19,25
  42:8,16
  45:3,20

Slightly



7:3

Sloan
15:1,11
21:12
23:18
36:24

Sloan's
23:15

slowly
30:10

small
29:3

smoking
39:10
44:6

snapped
41:18

Social
29:20,22,
25

sold
41:19,23

son
22:16,21
30:22
32:13,14
33:21
37:3,6

South
7:21

speak
18:3
44:13

spend
40:10

spent
15:6

spoken
10:10

spring

40:9

Sr
4:12

SSI
29:18,23,
24

start
6:20

started
33:23

state
4:10

stay
8:19
34:16,19
40:21

stayed
25:12
27:8
37:4,17
40:14,17

staying
13:10
14:2,19,
24 22:8
23:11
26:24
27:4 34:8
36:24

stealing
25:11

stipulated
45:10

stolen
41:17

stomach
22:1

stop
41:13

straightforward
43:15

Strauss
8:3

street
7:13 8:11
22:11
25:20
38:15,18

stuck
28:18

stuff
12:7 26:9
34:5,24
42:20

subpoena
4:15

subpoenaed
4:13

suffer
29:7

swallow
19:6

swallowing
32:5

sworn
4:5

——————

T

——————

takes
44:24

taking
15:17
19:2 33:8
39:7,13,
17

talk
10:4

17:24
20:19,23
21:5
35:23
36:2

talked
20:17
21:15
22:3
34:21

talking
9:25
18:15
20:24
34:7
41:20
42:10

telephone
20:11

telling
26:11
32:13

temporarily
14:23

tend
5:2 33:3

testified
4:6 33:14

testimony
21:6

thief
25:10

things
5:9 18:16
21:3
39:14
42:11

third-hand
34:5

thought
12:20

18:12
39:17

tickets
42:6

Tim
46:3

time
8:5,14
11:9 12:9
13:13,16,
23 14:9
15:3
16:25
20:20
23:7
25:13
26:6,13
28:7,19
30:11
31:4,23
33:2 37:7
38:24
39:21

times
39:3
40:23,25
42:25

Timothy
4:1,8,12
22:16,21
33:25
37:3,6
43:8

today
4:14 13:2
17:18,21
21:6,12
35:25
36:1,3,6
43:11,17
45:4

told
9:14 21:7
22:4



town
  9:22

tracked
  14:2

traffic
  42:6

Trail
  31:14

  6:7

transport
  19:18

travel
  12:4

treat
  30:7

treatment
  42:20,23,
  25

treatments
  44:22

Trig
  25:24

Trigger
  25:25

trouble
  22:25

True
  44:2

truth
  5:15

truthful
  43:11

tumor
  31:20

turned
  12:20

Tuscarawas
  9:15,17

19:23
23:21
25:18
42:7

two-and-a-
half
  20:17

type
  37:5

typed
  6:10

types
  6:6

---

**U**

uh-huh
  4:23 5:22
  6:4,13
  7:8 16:3
  41:25
  42:10

understand
  4:24 5:4
  33:17
  45:3

upstairs
  37:12

---

**V**

VA
  29:24
  42:25
  44:22

Vaguely
  27:15

vehicle
  24:7

verbally
  5:25

version
  6:8

video
  45:24

videorecord
ed
  45:23

visit
  38:23

visited
  11:18
  12:2 27:9

visiting
  24:24

---

**W**

Wait
  16:20

wanted
  43:1

wanting
  42:20

week
  36:25
  41:12

weekend
  40:23,24

weekends
  12:15
  40:11
  41:8

weird
  5:2

wife
  28:12

wished
  21:24

woman
  15:1

22:11
30:16

words
  18:9

worked
  28:11,22

working
  34:13

written
  6:8

wrong
  19:10

---

**Y**

year
  23:7
  37:18

years
  8:15
  20:17
  28:5,9,
  21,23
  31:22
  40:7

Yesterday
  30:13
  31:6

young
  28:12
  32:23

youngest
  30:22

---

**Z**

Zoom
  45:12

